**BS**
Billy

Feb 3, 2017, 8:52 PM

> Bobby, Bobby, Bobby. Haven't heard from you or my favorite councilman in some time. My Intel Network tells me that JW is telling his peeps that he is not running for mayor, but in fact, running for DA. FYI: we faced that once and are more than prepared to deal with it again. Good luck and my love to Allison.

>> BILLY I love you. I appreciate your concern. Come hang with us for the parades. Y'all are always welcome. I truly miss hanging out with y'all

> Erin is next to me saying you are such a sweet guy. I question her judgement. PREPARED FOR WAR!!!!!!!!!!!!

**BS**
Billy

> Erin is next to me saying you are such a sweet guy. I question her judgement. PREPARED FOR WAR!!!!!!!!!!!! 🔫✂️📌⚡

>> All BS aside::
>> Jason has championed Leon and his office, in fact, even convinced the council and the mayor to allocate him more money last budget cycle. Jason also gave him a huge amount of cover on the juvenile transfer issue. The mayor, the council and federal judges just to name a few have become concerned with some of his policies. Jason was the only one to reach out to him to fix the problem.
>> That effort was returned with a social media blitz by Bowman and Leon blasting

**EXHIBIT A**

**Billy**

Mar 3, 2017, 11:04 AM

> Good morning Bobby. Hearing more and more that JW is telling people that he's running for DA. True or False

True that Jason has been asked repeatedly to run for DA since that first election. Pretty sure you knew that. Those request have seen a noticeable uptick since Leon & Bowman's public tirade against the entire council and the mayor. I'm pretty sure Jason reached out to you to have you help Leon navigate this turmoil the same way he did when Susan Guidry wanted to publicly condemn him. Jason hasn't been saying anything about the Mayor's race, reelection or any thing else as a rule of thumb.  It's a shame that Bowman has more influence over the DA than you do.

> Yes it is. Thanks for the reply. Have a nice day.

**EXHIBIT A**

