UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "F"<br>JUDGE MARTIN L.C. FELDMAN |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | MAGISTRATE (4)<br>MAGISTRATE JUDGE ROBY |

**DEFENDANTS JASON R. WILLIAMS AND NICOLE E. BURDETT'S UNOPPOSED, *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR AUTHORIZATION TO SERVE SUBPOENA PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c)**

**NOW INTO COURT**, come Jason R. Williams and Nicole E. Burdett, through undersigned counsel, who respectfully request that the Court permit them to serve the attached subpoena in anticipation of the September 14, 2020 trial in this matter. Councilman Williams and Ms. Burdett request that the Court permit the service of these subpoenas with a return date of August 18, 2020, with the return to be made to counsel, so that they can review the document in preparation for pre-trial motions and trial.

The Government has been contacted and does not object to the defendants' request.

In support of this motion, Councilman Williams and Ms. Burdett state as follows:

1. **Councilman Williams and Ms. Burdett relied upon their tax preparer, Henry Timothy, who falsely held himself out to be a CPA and falsely claimed to have earned an MBA.**

Councilman Williams and Ms. Burdett have been charged with conspiring to commit tax fraud and assisting in the preparation of false tax returns. Councilman Williams and Ms. Burdett relied upon the advice of their tax preparer, Henry Timothy, who held himself out as a Certified Public Accountant ("CPA"). Believing Timothy to be the CPA he claimed to be, Councilman Williams and Ms. Burdett provided complete books and records for the law firm Jason R.

Williams and Associates to Timothy, and Timothy identified and classified the business expenses on the Schedule Cs that form the basis of the Government's indictment. Timothy also failed to advise Councilman Williams and Ms. Burdett of any obligation to file a Form 8300 for any of the cash payments by clients that were documented in the law firm's records.

During the course of the Government's tax investigation, defendants learned that Timothy was not, in fact, a CPA as he had claimed to be verbally and in writing to them. *See* Exh. "A," Invoices. Mr. Williams and Ms. Burdett filed suit against Timothy in the Civil District Court for the Parish of Orleans for fraud and accounting malpractice, and sought and obtained injunctive relief in the form of the preliminary injunction that is attached as Exhibit "B," which bars Timothy from representing himself as a CPA.

Discovery produced by the Government revealed that Timothy falsely represented himself to be a CPA to multiple other clients. *See* Exh. "C," Timothy Invoice 10/28/13 and Exh. "D," Timothy Invoices 2013 – 2017.

Timothy also falsely represented to Councilman Williams and Ms. Burdett that he received a Master's in Business Administration ("MBA") from the University of New Orleans, and included that degree on his LinkedIn profile. *See* Exh. "E," LinkedIn Profile. Timothy's claim to have an MBA is also a lie. The registrar for the University of New Orleans confirmed that Timothy was *admitted* to graduate school, but "*no degree [was] awarded.*" See Exh. F, UNO Registrar Email (emphasis added).

2. **Councilman Williams and Ms. Burdett request issuance of subpoenas duces tecum to the Louisiana Society of Certified Public Accountants and UNO for documentary evidence of Timothy's fraud.**

Councilman Williams and Ms. Burdett seek subpoenas duces tecum to the Society of Louisiana Certified Public Accountants and UNO to use at trial and in pretrial motions. Specifically, defendants request issuance of a subpoena to the Society of Louisiana Certified

Public Accountants to provide any records that they may have concerning Timothy, including whether Timothy was ever certified as a Public Accountant or ever took the CPA exam. Defendants request issuance of a subpoena UNO for all student records relating to Timothy, including his official transcript, student record, and grades. (UNO was able to confirm dates of attendance and degrees awarded, but will not provide additional records without a subpoena.)

To obtain a subpoena before trial, "the moving party must show: (1) that the documents are evidentiary and relevant; (2) that they are not otherwise procurable reasonably in advance of trial by exercise of due diligence; (3) that the party cannot properly prepare for trial without such production and inspection in advance of trial and that the failure to obtain such inspection may tend unreasonably to delay the trial; and (4) that the application is made in good faith and is not intended as a general 'fishing expedition.'" *United States v. Nixon,* 418 U.S. 683, 700 (1974), *See also United States v. Arditti,* 955 F.2d 331, 345 (5th Cir.1992) (a subpoena is warranted when the defendant can show that the evidence sought is relevant, admissible, and has been requested with sufficient specificity).

Defendants' requests are for documents that are evidentiary and relevant, cannot be procured without issuance of a subpoena, and are needed for trial. The information the defendants have discovered thus far—some of which was incredibly known to the government before it decided to indict this case—makes clear that this request is not a fishing expedition, but rather seeks evidence that will be crucial to exonerate the defendants at trial.

Accordingly, Councilman Williams and Ms. Burdett respectfully request that the Court allow them to issue the attached subpoenas with a return date of August 18, 2020, so that they may review the records in advance of trial and to prepare for pre-trial litigation. Councilman Williams and Ms. Burdett further request that the Court order the production to be made to

Councilman Williams' counsel, who will provide copies to all parties.

>Respectfully submitted,
>
>*/s/ William P. Gibbens*
>William P. Gibbens (#27225)
>SCHONEKAS, EVANS, MCGOEY
>& MCEACHIN, L.L.C.
>909 Poydras Street, Suite 1600
>New Orleans, Louisiana  70112
>(504) 680-6065
>billy@semmlaw.com
>
>*Attorney for Jason R. Williams*
>
>*s/Michael W. Magner*
>MICHAEL W. MAGNER (#1206)
>AVERY B. PARDEE (#31280)
>Jones Walker LLP
>201 St. Charles Ave., Suite 5100
>New Orleans, LA 70170
>Telephone (504) 582-8316
>apardee@joneswalker.com
>mmagner@joneswalker.com
>
>*Attorneys for Nicole E. Burdett*

## CERTIFICATE OF SERVICE

I certify that on August 11, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

>*/s/ Michael W. Magner*

{N4062886.2}  4