```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

****************************************************************
UNITED STATES OF AMERICA

                              Criminal Action No. 20-55
VS.                           Section "F"(2)
                              New Orleans, Louisiana
                              June 26, 2020

JASON R. WILLIAMS
AND NICOLE E. BURDETT
****************************************************************


              TRANSCRIPT OF GRAND JURY RETURN HEARING
        HEARD BEFORE THE HONORABLE DONNA PHILLIPS CURRAULT
                  UNITED STATES MAGISTRATE JUDGE



APPEARANCES:

FOR THE GOVERNMENT:           Kelly Uebinger
                              DOJ-USAO
                              800 Lafayette Street
                              Suite 2200
                              Lafayette, LA 70501









Official Court Reporter:      Nichelle N. Drake, RPR, CRR
                              500 Poydras Street, B-275
                              New Orleans, Louisiana 70130
                              (504) 589-7775

   Proceedings recorded by mechanical stenography,
transcript produced via computer.
```

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | (Call to order of the court.) |
| 3 | THE COURT: Next, we have *United States of America* |
| 4 | *versus Jason R. Williams and Nicole E. Burdett.* |
| 5 | Good afternoon. |
| 6 | MS. UEBINGER: Good afternoon. I'm Kelly Uebinger, |
| 7 | Your Honor, from the Western District of Louisiana, and I've |
| 8 | been appointed as a special assistant here in the Eastern |
| 9 | District for purposes of this case. |
| 10 | THE COURT: Excellent. Thank you. |
| 11 | And this matter was presented to the grand jury with |
| 12 | ▉▉▉▉ as the foreperson as well? |
| 13 | MS. UEBINGER: That's correct, Your Honor. |
| 14 | THE COURT: Okay. ▉▉▉▉, can you confirm that |
| 15 | this is your signature on the record sheet of *United States* |
| 16 | *of America versus Jason R. Williams and Nicole E. Burdett*? |
| 17 | GRAND JURY FOREPERSON: Yes, I can. |
| 18 | THE COURT: And can you confirm that you have also |
| 19 | signed the cover of the indictment as well? |
| 20 | GRAND JURY FOREPERSON: Yes, ma'am. |
| 21 | THE COURT: Okay. As well as the indictment? |
| 22 | GRAND JURY FOREPERSON: Yes. |
| 23 | THE COURT: And Ms. -- is it Uebinger? |
| 24 | MS. UEBINGER: It's Uebinger, Your Honor. |
| 25 | THE COURT: Ms. Uebinger, can you confirm that this |

1   is your signature on the indictment?
2           MS. UEBINGER:  Your Honor, I can, and I can also
3   confirm my co-counsel's signature, David Ayo, who signed it
4   in my presence.
5           THE COURT:  Okay.  And you've also signed on the
6   cover as well?
7           MS. UEBINGER:  I did, Your Honor.
8           THE COURT:  All right.  Excellent.
9           All right.  Let the following grand jury indictment
10  be returned, *United States of America versus Jason R.*
11  *Williams and Nicole E. Burdett.*
12          Does the government have any motions in connection
13  with this indictment?
14          MS. UEBINGER:  We do, Your Honor.  We're asking for a
15  summons as to each defendant.
16          THE COURT:  Okay.  And let the summons be issued to
17  both Mr. Jason R. Williams and Ms. Nicole E. Burdett.
18          Anything further for the grand jury with regard to
19  this indictment?
20          MS. UEBINGER:  No, Your Honor.  Thank you.
21          THE COURT:  Thank you, Ms. Uebinger.
22                          * * * *
23      (WHEREUPON, the proceedings were adjourned.)
24                          * * * *
25

1        REPORTER'S CERTIFICATE

2             I, Nichelle N. Drake, RPR, CRR, Official Court
   Reporter, United States District Court, Eastern District of
3  Louisiana, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
4  understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

5

6             /s/ Nichelle N. Drake
              Official Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25