UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-55 |
| VERSUS | SECTION: "F" (4) |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | VIOLATION:<br>18 USC § 371<br>26 USC § 7206 (2)<br>31 USC § 5331 and 5322 |

NOTICE OF TRIAL AND PRE-TRIAL CONFERENCE
(Previously set for September 14, 2020)

Take Notice that this criminal case has been set for TRIAL on **JANUARY 11, 2021 at 9:00 a.m.** before Judge Martin L. C. Feldman, Federal Courthouse Building, 500 Poydras Street, Courtroom C-551, New Orleans, LA 70130.  A FINAL PRE-TRIAL CONFERENCE will be held on December 21, 2020, at 1:30 p.m.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**
PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

Date:  August 24, 2020

TO:
Jason R. Williams (Bond)

**COUNSEL FOR DEFENDANT:**
    William P. Gibbens

TO:
Nicole E. Burdett (Bond)

**COUNSEL FOR DEFENDANT:**
    Michael Magner
    Avery Pardee

**If you change address,
notify clerk of court
by phone, 504-589-7683**

CAROL L. MICHEL, CLERK

by:  Cherie Stouder, Deputy Clerk

AUSA (Lafayette): Kelly Uebinger, T.A.
                  David J. Ayo

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

INTERPRETER: None