D111716000456

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Fedex

NOV 17 2016

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Bank of America
Attn: Legal Order Processing
800 Samoset Drive
Newark, DE 19713

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: United States Federal Grand Jury<br>Hale Boggs Federal Building<br>500 Poydras Street, 2nd Floor<br>New Orleans, Louisiana 70130 | Date and Time:<br>Thursday, December 1, 2016 at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE SUBPOENA ATTACHMENT.

NOTE: In lieu of appearing before the Grand Jury, this subpoena can be satisfied by delivering the requested records, prior to Thursday, December 1, 2016, to:

Special Agent Cary McCormick
2901 Leon C. Simon Blvd.
New Orleans, LA 70126
(504) 228-1854
Cary.McCormick@ic.fbi.gov

Date: 11/16/2016

William W. Blevins
*Name of clerk of court*

*Deputy clerk's signature*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Chandra Menon
Assistant United States Attorney
United States Attorney's Office/Eastern District of Louisiana
650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130
Telephone: 504-680-3085; E-Mail: Chandra.Menon@usdoj.gov

EXHIBIT A

G0059815