
SSN: ▮▮▮-▮▮-4636
1000279807

YEARS: 2012 2013 2014 2015

VIOLATIONS: Title 26 7206 (1)

EXHIBIT
Q

## Table of Contents


Violet , LA 70092
1000279807

**INTRODUCTION**..................................................................................................................1

**BASIS FOR INVESTIGATION**........................................................................................1

**EXTENT AND RESULTS OF INVESTIGATION**...................................................2

**CONCLUSIONS AND RECOMMENDATIONS**.......................................................3

| | |
|---|---|
| **Internal Revenue Service** | Department of the Treasury<br>Criminal Investigation<br>New Orleans Field Office |

| | |
|---|---|
| Jerome R. McDuffie<br>Special Agent in Charge<br>600 S. Maestri Place<br>New Orleans, LA 70130 | Person to Contact:<br>Lori H. Marable<br>Telephone Number:<br>225-923-4196<br>Date:<br>10/26/2017 |
| IN RE: | C▓▓▓ D▓▓▓<br>▓▓▓-4636<br>▓▓▓▓▓▓<br>Violet , LA 70092<br>1000279807 |
| REPRESENTATIVE: | |
| FINAL: | Discontinued Investigation |

## INTRODUCTION

This is a request for a discontinuance of the investigation of C▓▓▓▓ D▓▓▓▓ (hereinafter "C▓▓▓▓".

## BASIS FOR INVESTIGATION

This case was developed from witness interviews conducted in another subject investigation. The witnesses stated they worked at ▓▓▓▓▓▓▓▓▓▓▓▓ (hereinafter "▓▓▓▓▓▓▓▓") and were supposed to be given Forms W-2. Sometimes they were issued Forms W-2 and sometimes they were not issued Forms W-2. The witnesses felt that a lot of income was being mishandled by the owners of ▓▓▓▓▓▓. When tax returns for the owner, C▓▓▓▓, were analyzed, there was possible evidence of fraud. C▓▓▓▓ claims the entire company on her personal income tax return as a Schedule C business, even though the business receives approximately $800,000.00 to 1 million in earnings each year. C▓▓▓▓ brings home a net profit of approximately $21,000.00 to $25,000.00 each year from ▓▓▓▓▓▓. The rest of the ▓▓▓▓▓▓'s earnings are used to pay expenses for the business. This causes C▓▓▓▓ to get the Earned Income Credit (EIC) each year for the last six years. C▓▓▓▓'s parents ▓▓▓

▬▬▬▬▬▬▬▬. (hereinafter "▬▬▬▬▬") and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ("hereinafter ▬▬▬▬▬▬▬") are believed to have ownership in the business too, neither one of her parents file income tax returns. ▬▬▬▬▬▬▬ claims to pay wages, but no employment tax returns exist for the company. The company currently owes approximately $100,000.00 in employment taxes.

## EXTENT AND RESULTS OF INVESTIGATION

On March 28, 2017, simultaneous interviews were conducted with ▬▬▬▬▬▬▬▬▬▬▬▬▬▬, and their tax preparer, Henry Timothy (hereinafter "Timothy"). After being read their Non-Custody Statement of Rights per Department of Treasury Document 5661, C▬▬▬▬▬, ▬▬▬▬, ▬▬▬▬, invoked their Fifth Amendment Right to silence and refused to speak with Internal Revenue Service –Criminal Investigation (hereinafter IRS-CI). The interview conducted with Timothy, yielded insufficient evidence due to the fact that he does not retain any copies of any documents used to prepare the income tax returns for C▬▬▬▬ or for the preparation of her Schedule C for ▬▬▬▬▬▬▬. Timothy stated in his interview that he prepares all the information for the income tax return from C▬▬▬▬'s written documents. Timothy also could not provide or did not recall how C▬▬▬▬ handled her calculation for expenses recorded on the income tax return. Timothy did know that QuickBooks was used for the business but did not request QuickBooks information for the verification of expenses. Timothy prepared C▬▬▬▬'s income tax returns based on what information D▬▬▬▬ provided to him. The only paperwork Timothy retains is the signed IRS authorization Form 8897, which is signed by C▬▬▬▬.

Numerous summonses were served upon various companies, banks, clients, government facilities and other third-party entities. C▬▬▬▬, ▬▬▬▬▬▬▬, and all other, associated bank accounts located were analyzed and the necessary check spreads were completed on the accounts. The bank accounts' analysis shows that C▬▬▬▬ was indeed making payments to the Internal Revenue Service for her employment taxes each month. The reason her account was showing a deficiency was because C▬▬▬▬ did not submit her Forms 941 in a timely fashion. This negates the allegation that C▬▬▬▬ was evading the payment of employment taxes.

The analysis of C▬▬▬▬'s personal bank accounts and the business account for ▬▬▬▬ PCA, shows that C▬▬▬▬ received the benefit of approximately $70,000.00 to $80,000.00 from the business. C▬▬▬▬ regularly withdraws cash, issues a check to herself, or transfers money from the business account into her personal account on a bi-weekly basis. The business account does contain personal expenses such as her children's tuition for school; however, these expenses and the withdrawals result in a tax harm below criminal prosecution guidelines. Additionally, third party records verifying income were compared to the Schedule C Gross receipts and the bank account analysis. This comparison shows that the income generated by the business was deposited into the business bank account, and subsequently reported on the Schedule C. Therefore, there is no additional unreported business income. Due to the tax loss being below prosecution guidelines and a case lacking evidence of willfulness this investigation

should be discontinued. A primary lead to SBSE will be forwarded after closing this criminal investigation.

## CONCLUSIONS AND RECOMMENDATIONS

In conclusion, the criminal case on C███████ should be discontinued due to the following factors:
- The allegation of failure to pay employment taxes in unfounded since payments were being made before and during the criminal investigation.
- Gross Income was correctly accounted for and accurately reported on C███████'s tax returns.
- The tax harm discovered through bank account analysis is di minimus for criminal tax proceedings.

I recommend that this case be referred to SBSE as a prime lead due to the inappropriate use of the business account for personal expenses.

*Lori H. Marable*

Lori H. Marable
Special Agent

**Approved:**

*Justin Benson*                                          10/26/2017

Justin Benson
Supervisory Special Agent, Criminal Investigation
2600 Citiplace Court
Baton Rouge, Louisiana 70808

- 4 -