# PROSECUTION GUIDELINES

# FOR THE

# WESTERN DISTRICT OF LOUISIANA

## June 2018



## LIMITED OFFICIAL USE

This document is the exclusive property of the United States Attorney's Office for the Western District of Louisiana. It is for guidance purposes only and is not intended to create any rights or entitlements on behalf of any agency, organization or person. Final decisions regarding prosecutions reside with the United States Attorney or designee.

**GOVERNMENT EXHIBIT 1**

**INTERNAL REVENUE:**

(1) Tax cases authorized by the Tax Division must be prosecuted as authorized.

(2) Tax charges initiated by this office must be approved in advance by the Tax Division. The Tax Division has delegated to the U.S. Attorney's Office the authority to: (a) open tax related grand jury investigations in all Stolen Identity Refund Fraud (SIRF) matters; (b) federally charge by criminal complaint a person engaged in a SIRF crime; and (3) seek and obtain a seizure warrant for forfeiture of criminally derived proceeds arising from SIRF crimes.

(3) No tax case can be declined without Tax Division approval.

(4) If this office declines to prosecute a case authorized by the Tax Division, the Division may opt to take over the prosecution. In such an event, the declination from our office must be approved by the U.S. Attorney.

(5) Grand Jury and OCDETF tax cases are evaluated on a case-by-case basis.