UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 20-55 |
| Jason R. Williams | SECTION F |

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a), (c) or (f) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER**

__5__ set(s) for Rule 17(a) trial or hearing scheduled on __October 22, 2020__
DATE OF TRIAL/ HEARING

_____ set(s) for Rule 17(c) to appear and produce documents, data, or other objects in court before trial or hearing_____
DATE OF TRIAL/ HEARING

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS AT A COURT ORDERED DEPOSITION**

_____ set(s) for Rule 17(f) deposition scheduled on_____
DATE OF DEPOSITION

at _____
PLACE OF DEPOSITION

*[signature]*
William P. Gibbens, #27225
909 Poydras St., Ste. 1600, New Orleans, LA 70112
Attorney for Jason R. Williams

Attorney's Signature, Bar Number, Address, and Party Represented