UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "F"<br>JUDGE MARTIN L.C. FELDMAN |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | |
| | MAGISTRATE (4)<br>MAGISTRATE JUDGE ROBY |

## MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, come Defendants Jason R. Williams and Nicole E. Burdett, who respectfully move the Court for an order compelling the Government to produce Henry Timothy's grand jury testimony and also any instructions or colloquy in which the grand jury was informed about Timothy's inconsistent statements. These materials are *Brady* and *Giglio* evidence and Defendants are entitled to their immediate production for use during the October 22, 2020 evidentiary hearing and, if needed, at trial.

Undersigned counsel has conferred with counsel for the government via email, and the government has refused to produce the information requested.

WHEREFORE, for the reasons set forth in Defendants' accompanying Memorandum in Support, Mr. Williams and Ms. Burdett respectfully request that their motion be granted.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael W. Magner* | */s/ William P. Gibbens* |
| MICHAEL W. MAGNER (#1206) | William P. Gibbens, 27225 |
| AVERY B. PARDEE (#31280) | SCHONEKAS, EVANS, MCGOEY |
| Jones Walker LLP | & MCEACHIN, L.L.C. |
| 201 St. Charles Ave., Suite 5100 | 909 Poydras Street, Suite 1600 |
| New Orleans, LA 70170 | New Orleans, Louisiana |
| Telephone (504) 582-8316 | 70112 |
| apardee@joneswalker.com | (504) 680-6065 |
| mmagner@joneswalker.com | billy@semmlaw.com |
| *Attorneys for Nicole E. Burdett* | *Attorney for Jason R. Williams* |

## **CERTIFICATE OF SERVICE**

      I certify that on October 16, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

                                    */s/ Michael W. Magner*