AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    LOUISIANA

UNITED STATES OF AMERICA
V.
JASON R. WILLIAMS AND NICOLE E. BURDETT

**EXHIBIT AND WITNESS LIST**

Case Number:  20-cr-055 "F"

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Martin L.C. Feldman | Kelly Uebinger and David Ayo | William Gibbens, Michael Magner and Avery Pardee |
| EVIDENTIARY HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 22, 2020 | Toni Tusa | Cherie Stouder |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 10/22/2020 | X | X | 1, 2, 10, 15, 3, 4, 5A-D, 6, 24, 25, 12, 22, 26, 11 (Under Seal) and the Grand Jury Testimony of S/A Moore to prove bias and vindictiveness (Under Seal) |
| X |  | 10/22/2020 | X | X | 6 and 10 |