UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL NO. 20-055

VERSUS                            SECTION "F"
                                  JUDGE MARTIN L.C. FELDMAN
JASON R. WILLIAMS
NICOLE E. BURDETT                 MAGISTRATE (4)
                                  MAGISTRATE JUDGE ROBY

## Index to Defense Hearing Exhibits

| | |
|---|---|
| 1. | Nola.com – Bill Barr blasts media, "social justice DAs" |
| 2. | Nola.com – Jason Williams announces bid for New Orleans DA |
| 3. | 21 USC 5331 – Eastern District of Louisiana |
| 4. | 21 USC 5332 – Eastern District of Louisiana |
| 5. | Harold Asher Declaration and Exhibits |
| 6. | G0078473 – A.B. Tax Returns 2012 |
| | |
| | |
| | |
| 10. | Form 13368 – IDRS Request Form |
| 11. | G000001 – IRS Report of Henry Timothy |
| 12. | G0015131 – Michael Magner MOC dated 11.20.2019 |
| | |
| | |
| 15. | IRS Form 3949-A (Rev. Oct. 2020) |
| | |
| | |
| | |
| | |
| | |
| | |
| 22. | Text with Jason/John Bowker |
| | |
| 24. | Lori Marable October 2018 Calendar |
| 25. | Lori Marable November 2018 Calendar |
| 26. | IRS Primary Investigation Evaluation Memo re: Jason Rogers Williams |
| | |
| | |

{N4106223.1}