# Criminal Cases Report

## U.S. District Court -- Eastern District of Louisiana
### Filed Report Period: 10/5/1970 - 10/13/2020

| Case Number/Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 2:20-cr-00055-MLCF-KWR<br>**USA v. Williams et al** | *Case filed:* 06/26/2020 | | *Office:* New Orleans<br>*Presider:* Martin L.C. Feldman<br>*Referral:* Karen Wells Roby<br>Citation: 31:5331.F RECORDS AND REPORTS ON MONETARY INSTRUMENTS TRANSACTIONS |
| 1 - Jason R Williams | *Added:* 06/26/2020 | 108 | *Presider:* Martin L.C. Feldman<br>*Referral:* Karen Wells Roby |
| 2 - Nicole E. Burdett | *Added:* 06/26/2020 | 108 | *Presider:* Martin L.C. Feldman<br>*Referral:* Karen Wells Roby |

**Total Number of Cases Reported:** 1

### Selection Criteria for Report

| | |
|---|---|
| **Office** | All |
| **Case type(s)** | cr |
| **Citation** | 31:5331.F |
| **Pending counts** | Yes |
| **Disposed counts** | Yes |
| **CVB Cases** | No |
| **Filed Date** | 10/5/1970 - 10/13/2020 |
| **Case flags** | All |
| **Terminal digits** | All |
| **Pending defendants** | Yes |
| **Terminated defendants** | Yes |
| **Fugitive defendants** | No |
| **Non-fugitive defendants** | Yes |
| **Sort by** | case number |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/12/2020 13:59:14 | | | |
| **PACER Login:** | nburdett21 | **Client Code:** | |
| **Description:** | Criminal Cases Report | **Search Criteria:** | Filed From: 10/5/1970 Filed To: 10/13/2020 |
| **Billable** | 1 | **Cost:** | 0.10 |

**EXHIBIT 3**