# Criminal Cases Report

## U.S. District Court -- Eastern District of Louisiana
### Filed Report Period: 10/5/1970 - 10/13/2020

**Total Number of Cases Reported:** 0

### Selection Criteria for Report

| Office | All |
|---|---|
| Case type(s) | cr |
| Citation | 31:5332.F |
| Pending counts | Yes |
| Disposed counts | Yes |
| CVB Cases | No |
| Filed Date | 10/5/1970 - 10/13/2020 |
| Case flags | All |
| Terminal digits | All |
| Pending defendants | Yes |
| Terminated defendants | Yes |
| Fugitive defendants | No |
| Non-fugitive defendants | Yes |
| Sort by | case number |

### PACER Service Center
#### Transaction Receipt

10/12/2020 14:00:00

| PACER Login: | nburdett21 | Client Code: | |
|---|---|---|---|
| Description: | Criminal Cases Report | Search Criteria: | Filed From: 10/5/1970 Filed To: 10/13/2020 |
| Billable Pages: | 1 | Cost: | 0.10 |