UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 20-55 |
| JASON WILLIAMS AND NICOLE BURDETT | SECTION "F" |

ORDER

IT IS ORDERED: that the hearing on the defendants' motion to compel is continued to November 25, 2020, on the papers.

New Orleans, Louisiana, November 18, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1