UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CRIMINAL NO.  20-cr-00055** |
| | \* | **SECT. F. MAG.4** |
| **VERSUS** | \* | |
| | \* | **JUDGE FELDMAN** |
| **JASON R. WILLIAMS     (01)** | \* | |
| **NICOLE E. BURDETT     (02)** | \* | **MAGISTRATE JUDGE ROBY** |

### ORDER

Having considered the United States of America's motion for leave to file a reply to the supplemental memorandum in support of renewed motion to dismiss,

IT IS ORDERED that the motion is GRANTED and that the Government's reply memorandum be filed into the record.

New Orleans, Louisiana this 3rd day of December, 2020.

_____
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE