UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 20-055** |
| **JASON R. WILLIAMS**<br>**NICOLE E. BURDETT** | **SECTION "F"** |

### ORDER

Considering and hereby incorporating the COVID-19 Gen. Order No. 20-13, issued by this Court on December 2, 2020, suspending all jury trials until March 1, 2021;[1]

Given the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the recommendations from the public health organizations on the ability of counsel and Court staff to be present in the courtroom, the Court finds that the time period of the postponements implemented by this administrative order shall be excluded under the Speedy Trial Act, as the Court specifically finds the ends of justice served by ordering the postponements outweigh the best interest of the public and any defendant's right to a speedy trial, pursuant to 18 USC § 3161(h)(7)(A). Accordingly;

**IT IS ORDERED** that the trial in this matter is hereby **CONTINUED** from January 11, 2021 to be reset by the Court at a later date. In accordance with the provisions of 18 USC § 3161, this Court finds that the period of delay resulting from the granting of this continuance shall be excluded under the provisions of the Speedy Trial Act.

---

[1] COVID-19, Gen. Order No. 20-13 (E.D. La. December 2, 2020), *available at* https://www.laed.uscourts.gov/sites/default/files/pdfs/EDLA_General_Order_20-13_Continuing_Jury_Trials.pdf

**IT IS FURTHER ORDERED** that the final pretrial conference set for December 21, 2020, is hereby cancelled.

New Orleans, Louisiana, this 18th day of December 2020.

_____
**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**