UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 20-55 |
| JASON WILLIAMS AND NICOLE BURDETT | SECTION "F" |

ORDER

IT IS ORDERED: that a telephone status conference is hereby scheduled for January 22, 2021, at 1:30 p.m. for the purpose of selecting a new jury trial date and case management schedule.

New Orleans, Louisiana, January 11, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE