MINUTE ENTRY
FELDMAN, J.
JANUARY 22, 2021
JS10:  00:20

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-55 |
| JASON WILLIAMS<br>NICOLE BURDETT | SECTION "F" |

### **MINUTE ENTRY**

On January 22, 2021, the Court held a telephone status conference.  Kelly Uebinger participated on behalf of the USA; Billy Gibbens participated on behalf of Jason Williams; and Mike Magner and Avery Pardee participated on behalf of Nicole Burdett.  The parties discussed the need for a trial continuance in light of General Order 21-1 continuing all jury trials through May 1 in response to the COVID-19 outbreak.

Accordingly;

**IT IS ORDERED** that, in light of General Order 21-1 and incorporating the ends of justice language contained therein, the trial of this matter is **CONTINUED** and **RESET** for November 1, 2021 at 9:00 a.m.  A pretrial conference shall be held on October 19, 2021 at 1:30 p.m.

**IT IS FURTHER ORDERED** that a motion to consolidate 20-cr-139 and 20-cr-55 shall be filed by defense counsel within one (1) week from today.  Counsel for the Government shall file a response to the motion within five (5) days of its filing.

**IT IS FURTHER ORDERED** that the parties jointly shall file a proposed scheduling order to address case management issues and deadlines within two (2) weeks of this Court's ruling on the motion to consolidate.

