UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.   20-cr-00055** | |
| | * | **SECT. F. MAG.4** | |
| **VERSUS** | * | | |
| | * | **JUDGE FELDMAN** | |
| **JASON R. WILLIAMS     (01)** | * | | |
| **NICOLE E. BURDETT     (02)** | * | **MAGISTRATE JUDGE ROBY** | |

## GOVERNMENT'S REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rules 17(a) and (c) of the Federal Rules of Criminal Procedure.   I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

## SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS

Thirty sets for trial scheduled on November 1, 2021.

Respectfully submitted,

ALEXANDER C. VAN HOOK
Acting United States Attorney
Western District of Louisiana


BY:   /s/ Kelly P. Uebinger
      KELLY P. UEBINGER, (Bar No. 21028)
      Assistant United States Attorney
      800 Lafayette Street, Suite 2200
      Lafayette, LA 70501
      Telephone: (337) 262-6618


BY:   /s/ David J. Ayo
      DAVID J. AYO, (Bar No. 28868)
      Assistant United States Attorney
      800 Lafayette Street, Suite 2200
      Lafayette, LA 70501
      Telephone: (337) 262-6618