**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "F" |
| | JUDGE MARTIN L.C. FELDMAN |
| JASON R. WILLIAMS | |
| NICOLE E. BURDETT | MAGISTRATE (4) |
| | MAGISTRATE JUDGE ROBY |

**MOTION AND INCORPORATED MEMORANDUM TO DISMISS INDICTMENT AND STAY PROCEEDINGS DUE TO JURY SELECTION VIOLATIONS**

Defendants Jason R. Williams and Nicole E. Burdett, through undersigned counsel, respectfully move the Court for an order dismissing the indictment in this case and staying any further proceedings until the method of jury selection adopted in this District is reformed to meet the requirements of the Sixth Amendment and the Jury Selection and Service Act of 1968 ("JSSA"), 28 U.S.C. §§ 1861, et seq.

Undersigned counsel learned on Saturday, January 23, 2021, that the substantial noncompliance of the jury selection plan in this District is being litigated before the Hon. Barry W. Ashe, Section M, in *United States v. Age, et al.*, No. 2:16-cr-32, as reported in The Times Picayune.  Undersigned counsel then reviewed the pleadings and affidavit filed in that case.  *See* Exh. "A," Motion; Exh. "B," Order.  28 U.S.C. § 1867 requires that a defendant file a motion to dismiss the indictment or stay proceedings within seven days of discovery of the grounds of "substantial failure to comply with the provisions of this title in selecting the grand or petit jury."

Mr. Williams and Ms. Burdett are filing this motion to comply with the time requirements of 28 U.S.C. § 1867, and ask the Court to defer ruling on this Motion until Judge Ashe rules upon the substantial compliance or noncompliance of the jury selection plan with the JSSA, based upon the facts and evidence to be developed in *United States v. Age, et al.*, No. 2:16-cr-32.

The discovery on the racial composition of the grand jury that indicted Mr. Williams and Ms. Burdett is similar to the statistical information discovered in the *Guillory* case. In connection with earlier motion practice, Mr. Williams and Ms. Burdett were provided with discovery regarding the racial composition of the grand jury that indicted them, which reflects that of the 79 grand potential jurors who were summoned, only 20 (25.3%) were African American. Of the 29 grand jurors and alternates who were selected, only 5 (17.2%) were African American. *See* Exh. C, Grand Jury Empanelment.

WHEREFORE, after due proceedings had, Mr. Williams and Ms. Burdett ask the Court to grant their Motion.

Respectfully submitted,

*s/Avery B. Pardee*
MICHAEL W. MAGNER (#1206)
AVERY B. PARDEE (#31280)
Jones Walker LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone (504) 582-8316
mmagner@joneswalker.com
apardee@joneswalker.com
*Attorneys for Nicole E. Burdett*

*s/William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, MCGOEY &
MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, LA 70112
Telephone (504) 680-6065
billy@semmlaw.com

*Attorney for Jason R. Williams*

## CERTIFICATE OF SERVICE

I certify that on January 26, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Avery B. Pardee*