## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 20-55** |
| **v.** | * | **SECTION: "F" (4)** |
| **JASON R. WILLIAMS**<br>**NICOLE E. BURDETT** | * | |
| | * * * | |

## DEFENDANT JASON R. WILLIAMS' RESPONSE TO DEFENDANT NICOLE E. BURDETT'S MOTION FOR JOINT TRIAL OF SEPARATE CASES

**NOW INTO COURT**, through undersigned counsel, comes defendant Jason R. Williams, who states that he does not oppose defendant Nicole E. Burdett's motion for joint trial of separate cases (Rec. Doc. 113).

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
(504) 680-6065
billy@semmlaw.com

*Attorney for Jason R. Williams*