UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 20-55 |
| JASON WILLIAMS AND NICOLE BURDETT | SECTION "F" |

ORDER

    Before the Court is the government's motion for leave to seal the service returns of certain trial subpoenas. The government elected to subpoena witnesses well in advance of the November 1, 2021 jury trial in consideration of the fact that many people are now traveling and scheduling medical procedures previously postponed due to pandemic restrictions. Ordinarily, these service returns would be filed into the record when served; and ordinarily they would be served no sooner than 30 days, give or take, prior to trial. The government asks that the proofs of service be sealed and not provided to defense counsel until October 20, 2021, which is the date agreed to by the parties to exchange witness lists. The government also suggests that the proof of service returns should be sealed so that the witnesses' personal information is kept out of the public record until that time.

1

Ms. Burdett has responded to the government's motion, indicating that she does not oppose sealing the trial subpoena returns so that they are kept out of the public record. Ms. Burdett does submit, however, that she and Mr. Williams should receive the proofs of service, as service is made, "to be able to monitor and litigate any ongoing oppressive tactics by the government" due to "the government's past conduct in this case[.]"

It is customary in this District for subpoena returns to be filed into the record when they are served, which ordinarily occurs close in time to trial. Here, the government offers a neutral, ostensibly reasonable reason for early service of trial subpoenas. Ms. Burdett offers no *present* reason to cast suspicion on this asserted motive for early service. The Court is confident that any oppressive tactics employed by the government will be brought to the Court's attention at the appropriate time. Mindful of Ms. Burdett's concerns, the Court is inclined to strike a balance between preserving its customary practice that subpoena returns be filed into the record approximately 30 days in advance of trial and the parties' agreement concerning witness disclosure.

Accordingly, IT IS ORDERED: that the government's motion for leave to file trial subpoenas proof of service under seal is hereby GRANTED. IT IS FURTHER ORDERED: that, not later than October 1,

2021, the government shall move to unseal the proofs of service of its trial subpoenas.

New Orleans, Louisiana, May 25, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE