# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  20-cr-00055** |
| | * | **SECT. F. MAG.4** |
| **VERSUS** | * | |
| | * | **JUDGE FELDMAN** |
| **JASON R. WILLIAMS** (01) | * | |
| **NICOLE E. BURDETT** (02) | * | **MAGISTRATE JUDGE ROBY** |

## GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE INTRINSIC AND RULE 404(b) EVIDENCE

NOW INTO COURT comes the United States of America, through the undersigned Assistant United States Attorneys, who provide this supplemental notice of intent to offer at trial extrinsic evidence or acts inextricably intertwined with the charged conduct against the defendants, Jason R. Williams and Nicole E. Burdett, and in support submit the following:

1.

Counts 7 through 11 of the pending Indictment in this case charge the defendants with Failure to File Forms 8300 Relating to Cash Received in a Trade or Business.  Specifically, the Government has charged the defendants with receiving more than $10,000 in currency relating to the payment of fees for legal services and failing to file the required Forms 8300.  In order to prove these violations, the Government has to prove that the defendants knowingly and willfully failed to file the required Forms 8300.

2.

The Government seeks to introduce evidence and testimony concerning the fact that Burdett was involved in two transactions in which a Form 8300 was filed and that Williams was present for one transaction.  The Government seeks to introduce this testimony and evidence in order to prove that they have knowledge of these forms and knowledge of the requirements that they must be filed whenever a transaction involves more than $10,000 in currency.

3.

Burdett was a party to the filing of Forms 8300 on two occasions, and Williams was present when the second transaction occurred at his law firm.  Burdett made a down payment during the purchase of her personal residence in 2010 with a certified check in the amount of $16,000, during which a Form 8300 was filed.  In addition, in 2012, Burdett was a party to a transaction involving $108,000 in cash, which involved the settlement of a civil lawsuit involving Williams' law firm. Williams was present during this transaction.  On both occasions, Burdett would have been required to provide her name, address, date of birth, social security number, driver's license number, and occupation, all of which appear on these Forms 8300.

4.

In support of this notice, the Government would rely on the authority previously discussed in its initial 404(b) notice.  Doc. 138.

WHEREFORE, the Government provides supplemental notice of its intent to introduce evidence of the defendants' acts discussed herein during its case-in-chief.  The evidence is admissible as proper intrinsic evidence and is Rule 404(b) material, as it is exceedingly probative to prove the defendants' intent, knowledge, absence of mistake, lack of accident and willfulness.

Accordingly, the Government requests that it be allowed to introduce such evidence in its case-in-chief and respectfully requests that this Court rule that such evidence is admissible.

Respectfully submitted,

ALEXANDER C. VAN HOOK
Acting United States Attorney
Western District of Louisiana


BY:    /s/ Kelly P. Uebinger
KELLY P. UEBINGER, (Bar No. 21028)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618


BY:    /s/ David J. Ayo
DAVID J. AYO, (Bar No. 28868)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618

3

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  20-cr-00055** |
| | * | **SECT. F. MAG.4** |
| **VERSUS** | * | |
| | * | **JUDGE FELDMAN** |
| **JASON R. WILLIAMS      (01)** | * | |
| **NICOLE E. BURDETT      (02)** | * | **MAGISTRATE JUDGE ROBY** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Supplemental Notice of Intent to Introduce Intrinsic and Rule 404(b) Evidence is being filed with the Clerk of Court using the CMECF system, by which a copy will be provided to all counsel of record.

This the 26th day of May, 2021, at Lafayette, Louisiana.

/s/ Kelly P. Uebinger
KELLY P. UEBINGER, (Bar No. 21028)
DAVID J. AYO, (Bar No. 28868)
Assistant United States Attorneys

4