# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-55** |
| | * | |
| | | **SECT. F. MAG. 4** |
| **VERSUS** | * | |
| | * | **JUDGE FELDMAN** |
| **JASON R. WILLIAMS** | * | |
| | * | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-139** |
| | * | |
| | | **SECT. F. MAG. 3** |
| **VERSUS** | * | |
| | * | **JUDGE FELDMAN** |
| **NICOLE E. BURDETT** | * | |
| | * | |

A status conference was held on July 14, 2021.

Present:

Avery Pardee, Esquire
Michael Magner, Esquire
Kelly Uebinger, Esquire
David Ayo, Esquire
Lisa Wayne, Esquire
William Gibbens, Esquire



JS10: 15 min.