UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL NO. 20-55

VERSUS                                      SECTION: "F" (4)

JASON R. WILLIAMS                           VIOLATION:
NICOLE E. BURDETT                           18 USC § 371
                                            26 USC § 7206 (2)
                                            31 USC § 5331 and 5322

NOTICE OF TRIAL AND PRE-TRIAL CONFERENCE
(Previously set for 11/1/2021)

Take Notice that this criminal case has been set for a JURY TRIAL on **JANUARY 24, 2022 at 9:00**

**a.m.** before Judge Martin L. C. Feldman, Federal Courthouse Building, 500 Poydras Street, Courtroom

C-551, New Orleans, LA 70130.   A FINAL PRE-TRIAL CONFERENCE will be held on January 6, 2022

at 1:45 p.m.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE**
**AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  July 26, 2021                        CAROL L. MICHEL, CLERK

                                            by:  Cherie Stouder, Deputy Clerk
TO:
Jason R. Williams (Bond)

**COUNSEL FOR DEFENDANT:**                  AUSA (Lafayette): Kelly Uebinger, T.A.
  William P. Gibbens                                          David J. Ayo
   Lisa M. Wayne
                                            U.S. Marshal
TO:
Nicole E. Burdett (Bond)                    U.S. Probation & Pre-Trial Services Unit

**COUNSEL FOR DEFENDANT:**                  INTERPRETER: None
  Michael Magner, CJA
  Avery Pardee, CJA                          **If you change address,**
                                            **notify clerk of court**
                                            **by phone, 504-589-7683**