# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  20-cr-00055** |
| | * | **SECT. F. MAG.4** |
| **VERSUS** | * | |
| | * | **JUDGE FELDMAN** |
| **JASON R. WILLIAMS      (01)** | * | |
| **NICOLE E. BURDETT      (02)** | * | **MAGISTRATE JUDGE ROBY** |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  20-cr-00139** |
| | * | **SECT. F. MAG.3** |
| | * | |
| **VERSUS** | * | **JUDGE FELDMAN** |
| | * | |
| **NICOLE E. BURDETT (01)** | * | **MAGISTRATE JUDGE DOUGLAS** |

## SCHEDULING ORDER

Considering the Government's unopposed Motion to Adopt a Scheduling Order, the Court hereby sets the following guidelines and deadlines:[1]

## DISCOVERY

Informal letter discovery/reciprocal discovery will be conducted in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  All discovery and reciprocal discovery obligations should be completed no later than November 10, 2021.

---

[1] The scheduling order assumes a trial date of January 24, 2022.  Should the trial date change, the dates and deadlines reflected in this order will automatically adjust to incorporate the change in trial date (*i.e.*, the number of days prior to trial for each deadline will remain the same).

## EXPERT WITNESSES

In accordance with the provisions of Rule 16(a)(1)(G) and Rule 16(b)(1)(C), all parties shall designate the type of experts it intends to utilize at trial and satisfy the requirements of Rule 16(a)(1)(G) and Rule 16(b)(1)(C) by December 10, 2021.[2]

## SUBSTANTIVE MOTIONS / MOTIONS IN *LIMINE*

All substantive motions and motions in *limine* shall be filed no later than November 1, 2021 and any objection should be filed by November 12, 2021.

## NOTICE OF INTENT TO OFFER EVIDENCE OF OTHER ACTS

Any supplemental notices required under FED. R. EVID. 404(b) shall be filed no later than September 1, 2021 and any objections to any previously filed 404(b) notice or supplemental 404(b) notice shall be filed on or before September 17, 2021.

## STIPULATIONS

To facilitate judicial economy through a speedy trial and to eliminate unnecessary and time-consuming testimony, where authenticity and technical predicates are not at issue, the United States will submit a proposed stipulation relating to the authenticity of its evidence no later than October 1, 2021.  The stipulations will encompass the authenticity of e-mails and business/public records.  This paragraph is also applicable to any documents the parties seek to introduce via 902 Affidavits and to records provided to the Government by the defendants.  If the defendants object to the introduction of these exhibits and require a witness to authenticate, they will advise the Government no later than October 12, 2021. The United States will likewise act accordingly with any stipulations proposed by the defense.

---

[2] Any party intending to use an expert at trial must provide a "summary of [the] expert witness's opinions, the bases and reasons for those opinions, and the witness's qualifications" in accordance with Rule 16 by December 10, 2021. See FED. R. CRIM. P. 16(a)(1)(G) and 16(b)(1)(C).

## JURY INSTRUCTIONS AND PROPOSED *VOIR DIRE* QUESTIONS

Any motions for use of a jury questionnaire will be submitted to the Court no later than October 11, 2021.

Proposed Jury Instructions and Proposed *Voir Dire* Questions will be submitted to the Court no later than January 3, 2022.

## BRADY MATERIAL

The United States is aware of its continuing obligation to produce exculpatory and other impeachment material under *Brady v. Maryland*, *United States v. Giglio*, and their progeny, and will scrupulously discharge this obligation by seeking and producing information that is favorable to the defense as it comes to the attention of the Government, even if such information is contained in statements that would otherwise be Jencks material.  Materials discoverable under Brady, to the extent they exist, will be provided during the Rule 16 discovery phase of this proceeding set forth above.

## JENCKS ACT and GIGLIO MATERIALS

Materials to which the defendant and the United States are entitled to under the Jencks Act (18 U.S.C. § 3500) will be provided January 10, 2022.

## EXHIBIT LISTS

Proposed Exhibit lists (United States and Defense) will be submitted by January 10, 2022.

## OBJECTIONS – EXHIBITS

Objections to proposed exhibits will be provided to the Court no later than January 14, 2022, with response to the objections due to the Court no later than January 19, 2022.[3]

## WITNESS LISTS

Proposed Witness lists will be submitted by January 17, 2022.  The list will also designate whether or not the witness will be providing "character or reputation" testimony.

## SUMMARY CHARTS

The parties will disclose any summary exhibits, prepared pursuant to FED. R. EVID. 1006, that they intend to use in their case-in-chief, no later than January 10, 2022.  The Government may disclose supplemental summary exhibits in response to exhibits, testimony or arguments offered by defendants, no later than the day before the Government intends to introduce these exhibits. Pursuant to Rule 1006, the Government will make available for inspection the data or information underlying these exhibits upon production of these exhibits.

The parties will disclose any demonstrative or illustrative exhibits that they intend to introduce at trial pursuant to Rule 611(a) prior to its use at trial.

## OPENING STATEMENTS

- The Government will have 45 minutes for opening statement.

- The Defense will have a total of 60 minutes, to be allocated between them as the defense sees fit.

---

[3] Additionally, after reviewing the original proposed Exhibit lists, each party will provide a list of any supplemental exhibits to opposing party by January 17, 2021.  Any further amendments to the exhibit lists will be disclosed immediately.

The parties acknowledge their continuing duty to update these disclosures in good faith up until the trial date.


IT IS HEREBY ORDERED that all parties adhere to the guidelines / deadlines established by this Order.

New Orleans, Louisiana, this 30th day of _____July_____, 2021.

_____
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

5