# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 20-55** |
| v. | * | **SECTION: "F" (4)** |
| **JASON R. WILLIAMS**<br>**NICOLE E. BURDETT** | * | |
| | * * * | |

## PROPOSED JUROR QUESTIONNAIRE

    This questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in a criminal case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open court, thereby shortening the jury selection process.

    All answers to this questionnaire will be kept *confidential*. They will be reviewed *only* by the Court and by the attorneys on each side. Your identity and your answers will not be released to anyone else.

    Respond to each question as fully and completely as possible. We realize the questionnaire is lengthy but your cooperation is vitally important.

    Because this questionnaire is part of the jury selection process, the questionnaire is to be answered under your oath as a prospective juror to tell the truth. You must not discuss this case or the questionnaire with anyone, including your family and fellow jurors.

    If you require additional space for your responses or wish to make further comments regarding any of your answers, please use the extra sheets at the end.

    Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Complete answers are much more helpful than incomplete answers. Please do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

1.    Please provide the following information about yourself.

    Name: _____

    Address: _____

    Age: _____

EXHIBIT A

Gender: _____

Race/Ethnicity: _____

Marital Status: _____

Place of Birth: _____

2. Please state your current occupation, employer, and job responsibilities.

_____

_____

What other occupations/employers have you had as an adult?

_____

3. Do you have any training or experience in any of the following areas, or have any of your family members or close friends worked in any of the following areas? Please check all that apply and explain below.

____ Manufacturing
____ Sales
____ Inventory monitoring
____ Accounting
____ Bookkeeping
____ Auditing
____ Banking/Finance
____ Financial Planning
____ Investment Banking
____ Business Management
____ Stock or securities analyst/trader/broker
____ Tax preparation
____ Small business ownership

If you have training or experience in any of the above areas, please explain what your duties are/were and where you work(ed):

_____

_____

4. The defendants in this case are Jason Williams, who is the District Attorney for Orleans Parish, and Nicole Burdett, who is a lawyer. Have you read or heard anything about these individuals?

   Yes _____   No _____

   If yes, please explain, including any opinions you may have about these individuals:
   _____

   _____

5. If there is evidence of guilt against one defendant, do you think that must make the other defendant guilty by association?

   Yes _____   No _____

   If yes, please explain: _____

   _____

6. Do you believe that lawyers are experts in every area of the law?

   Yes _____   No _____

   If yes, please explain: _____

   _____

7. Have you or anyone in your immediate family had a negative experience with a lawyer?

   Yes _____   No _____

   If yes, please explain: _____

   _____

8. Do you believe all politicians are corrupt in some way?

   Yes _____   No _____

   If yes, please explain: _____

   _____

9.  One of the defendants in this case is a Black male. Some people recognize that they may have a bias with a Black male accused of a criminal offense. If you have feelings that you are concerned about, please describe here.

    _____

    _____

10. Do you read publications that focus on business news or watch business shows on television or listen to them on radio or the internet?

    Yes _____   No _____

    If yes:

    Business publications or news sections: _____

    Business television shows: _____

    Business radio shows: _____

    Internet business sites: _____

11. Have you or anyone in your immediate family ever been self-employed or owned a business?

    Yes _____   No _____

    If yes, is this: Yourself?  Spouse?  Child?  Family?  Friend?

    a. Are you/they still operating the business? Yes _____   No _____

    If no, why not?

    b. Please describe the business:

    c. Was this experience positive ____, negative _____, or mixed ____?

    Please explain: _____

12. Have you or anyone you know ever had any negative experiences with an accountant, a tax advisor, or the IRS?

    Yes _____   No _____

    If yes, please explain: _____

13. Have you ever been involved with an audit of financial records for a company you worked for? (This could include an IRS audit or an audit by internal or external accountants.)

   Yes _____   No _____

   If yes, please explain: _____

   _____

14. Have you ever been involved in an audit of your personal finances?

   Yes _____   No _____

   If yes, please explain: _____

   _____

15. Have you or anyone you know ever worked in any of the following agencies or departments:

| Agency | Circle all that apply | Explain |
|---|---|---|
| U.S. Attorney's Office | Self   Spouse   Family   Friend   Other | |
| District Attorney's or Prosecutor's Office | Self   Spouse   Family   Friend   Other | |
| U.S. Department of Justice | Self   Spouse   Family   Friend   Other | |
| Courts/Judicial System | Self   Spouse   Family   Friend   Other | |
| FBI | Self   Spouse   Family   Friend   Other | |
| Police Department or Sheriff's Office | Self   Spouse   Family   Friend   Other | |
| DEA | Self   Spouse   Family   Friend   Other | |
| INS | Self   Spouse   Family   Friend   Other | |
| Postal Inspection Service | Self   Spouse   Family   Friend   Other | |
| State Department of Revenue | Self   Spouse   Family   Friend   Other | |
| Department of Homeland Security | Self   Spouse   Family   Friend   Other | |
| IRS | Self   Spouse   Family   Friend   Other | |

16. Do you have any problem with the legal proposition that the prosecutor must prove that a defendant is guilty beyond a reasonable doubt, or he or she must be found not guilty?

    Yes _____   No _____

    Please explain: _____

    _____

17. Do you have any problem with the legal proposition that a defendant must be presumed innocent unless and until the prosecution can prove he or she is guilty?

    Yes _____   No _____

    Please explain: _____

    _____

18. Do you have any difficulty presuming that Mr. Williams and Ms. Burdette are innocent right now?

    Yes _____   No _____

    If yes, please explain: _____

    _____

19. Under the law, every defendant has the constitutional right to not testify in his or her own defense. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether the defendant is guilty or not guilty. If a defendant does not testify, would you be able to find him or her not guilty if the prosecution does not prove its case?

    Yes _____   No _____

    If yes, please explain: _____

    _____

20. Have you or your spouse, an immediate family member, or close friend ever been stopped, questioned, or arrested by a law enforcement officer?

    Yes _____   No _____

21. Did you feel that you or the person you knew was treated fairly or unfairly?

    Fairly _____          Unfairly _____

    Please describe the experience: _____

    _____

22. If there is anything else that you believe the Court or the parties should know about you, your attitudes, opinions, experiences, please explain here:

    _____

    _____