UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 20-55 |
| JASON WILLIAMS AND NICOLE BURDETT | SECTION "F" |

ORDER

Before the Court is the United States of America's motion requesting jury questionnaire and requested conduct of *voir dire*, which is noticed for submission on November 24, 2021. Having been advised by counsel for the defendants that the motion is unopposed, the motion shall be GRANTED.

On October 13, 2021, the Court granted the defendants' unopposed request to issue, pretrial, a juror questionnaire. See Order dtd. 10/13/21. And, the three-step *voir dire* process, which the government outlines and requests this Court employ on the morning of trial, is the standard process utilized by the Court. Accordingly, having been advised by counsel for the defendants that the government's motion is unopposed, IT IS ORDERED: that the motion is hereby GRANTED. IT IS FURTHER ORDERED: that the Clerk

of Court shall attach as Exhibit A to this Order the revised proposed Juror Questionnaire.[1]

New Orleans, Louisiana, October 19, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] The government requested the addition of two questions to the juror questionnaire previously approved by the Court. The defendants do not object to the addition of these questions.