UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 20-55** |
| v. | * | **SECTION: "F" (4)** |
| **JASON R. WILLIAMS**<br>**NICOLE E. BURDETT** | * | |
| | * * * | |

### PROPOSED JUROR QUESTIONNAIRE

This questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in a criminal case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open court, thereby shortening the jury selection process.

All answers to this questionnaire will be kept *confidential*. They will be reviewed *only* by the Court and by the attorneys on each side. Your identity and your answers will not be released to anyone else.

Respond to each question as fully and completely as possible. We realize the questionnaire is lengthy but your cooperation is vitally important.

Because this questionnaire is part of the jury selection process, the questionnaire is to be answered under your oath as a prospective juror to tell the truth. You must not discuss this case or the questionnaire with anyone, including your family and fellow jurors.

If you require additional space for your responses or wish to make further comments regarding any of your answers, please use the extra sheets at the end.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Complete answers are much more helpful than incomplete answers. Please do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

1. Please provide the following information about yourself.

    Name:       _____

    Address:    _____

    Age:        _____

       Gender: _____

       Race/Ethnicity: _____

       Marital Status: _____

       Place of Birth: _____

2. Please state your current occupation, employer, and job responsibilities.

   _____

   _____

   What other occupations/employers have you had as an adult?

   _____

3. Do you have any training or experience in any of the following areas, or have any of your family members or close friends worked in any of the following areas? Please check all that apply and explain below.

   \_\_\_\_ Manufacturing
   \_\_\_\_ Sales
   \_\_\_\_ Inventory monitoring
   \_\_\_\_ Accounting
   \_\_\_\_ Bookkeeping
   \_\_\_\_ Auditing
   \_\_\_\_ Banking/Finance
   \_\_\_\_ Financial Planning
   \_\_\_\_ Investment Banking
   \_\_\_\_ Business Management
   \_\_\_\_ Stock or securities analyst/trader/broker
   \_\_\_\_ Tax preparation
   \_\_\_\_ Small business ownership

   If you have training or experience in any of the above areas, please explain what your duties are/were and where you work(ed):

   _____

   _____

4. The defendants in this case are Jason Williams, who is the District Attorney for Orleans Parish, and Nicole Burdett, who is a lawyer. Have you read or heard anything about these individuals?

   Yes \_\_\_\_\_    No \_\_\_\_\_

   If yes, please explain, including any opinions you may have about these individuals:
   _____

   _____

5. Are you or have you been a constituent of Jason Williams when he was a City Councilmen or as the current District Attorney for Orleans Parish?

   Yes \_\_\_\_\_    No \_\_\_\_\_

   If yes, please explain, including any opinions you may have about these individuals:
   _____

   _____

6. Have you or a close family member ever been a client of Jason Williams or Nicole Burdett?

   Yes \_\_\_\_\_    No \_\_\_\_\_

   If yes, please explain, including any opinions you may have about these individuals:
   _____

   _____

7. If there is evidence of guilt against one defendant, do you think that must make the other defendant guilty by association?

   Yes \_\_\_\_\_    No \_\_\_\_\_

   If yes, please explain: _____

   _____

8. Do you believe that lawyers are experts in every area of the law?

   Yes \_\_\_\_\_    No \_\_\_\_\_

   If yes, please explain: _____

_____

9. Have you or anyone in your immediate family had a negative experience with a lawyer?

    Yes _____    No _____

    If yes, please explain: _____

    _____

10. Do you believe all politicians are corrupt in some way?

    Yes _____    No _____

    If yes, please explain: _____

    _____

11. One of the defendants in this case is a Black male. Some people recognize that they may have a bias with a Black male accused of a criminal offense. If you have feelings that you are concerned about, please describe here.

    _____

    _____

12. Do you read publications that focus on business news or watch business shows on television or listen to them on radio or the internet?

    Yes _____    No _____

    If yes:

    Business publications or news sections: _____

    Business television shows: _____

    Business radio shows: _____

    Internet business sites: _____

13. Have you or anyone in your immediate family ever been self-employed or owned a business?

    Yes _____    No _____

4

      If yes, is this: Yourself?  Spouse?  Child?  Family?  Friend?

      a.  Are you/they still operating the business?  Yes _____   No _____

      If no, why not?

      b. Please describe the business:

      c. Was this experience positive ____, negative _____, or mixed ____?

      Please explain: _____

14. Have you or anyone you know ever had any negative experiences with an accountant, a tax advisor, or the IRS?

      Yes _____      No _____

      If yes, please explain: _____

15. Have you ever been involved with an audit of financial records for a company you worked for? (This could include an IRS audit or an audit by internal or external accountants.)

      Yes _____      No _____

      If yes, please explain: _____

      _____

16. Have you ever been involved in an audit of your personal finances?

      Yes _____      No _____

      If yes, please explain: _____

      _____

17. Have you or anyone you know ever worked in any of the following agencies or departments:

| Agency | Circle all that apply | Explain |
|---|---|---|
| U.S. Attorney's Office | Self   Spouse   Family   Friend   Other | |
| District Attorney's or Prosecutor's Office | Self   Spouse   Family   Friend   Other | |

| | | |
|---|---|---|
| U.S. Department of Justice | Self    Spouse    Family<br>Friend    Other | |
| Courts/Judicial System | Self    Spouse    Family<br>Friend    Other | |
| FBI | Self    Spouse    Family<br>Friend    Other | |
| Police Department or Sheriff's Office | Self    Spouse    Family<br>Friend    Other | |
| DEA | Self    Spouse    Family<br>Friend    Other | |
| INS | Self    Spouse    Family<br>Friend    Other | |
| Postal Inspection Service | Self    Spouse    Family<br>Friend    Other | |
| State Department of Revenue | Self    Spouse    Family<br>Friend    Other | |
| Department of Homeland Security | Self    Spouse    Family<br>Friend    Other | |
| IRS | Self    Spouse    Family<br>Friend    Other | |

18. Do you have any problem with the legal proposition that the prosecutor must prove that a defendant is guilty beyond a reasonable doubt, or he or she must be found not guilty?

    Yes _____    No _____

    Please explain: _____

    _____

19. Do you have any problem with the legal proposition that a defendant must be presumed innocent unless and until the prosecution can prove he or she is guilty?

    Yes _____    No _____

    Please explain: _____

    _____

20. Do you have any difficulty presuming that Mr. Williams and Ms. Burdette are innocent right now?

    Yes _____    No _____

    If yes, please explain: _____

_____

21. Under the law, every defendant has the constitutional right to not testify in his or her own defense. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether the defendant is guilty or not guilty. If a defendant does not testify, would you be able to find him or her not guilty if the prosecution does not prove its case?

    Yes \_\_\_\_\_     No \_\_\_\_\_

    If yes, please explain: _____

    _____

22. Have you or your spouse, an immediate family member, or close friend ever been stopped, questioned, or arrested by a law enforcement officer?

    Yes \_\_\_\_\_     No \_\_\_\_\_

23. Did you feel that you or the person you knew was treated fairly or unfairly?

    Fairly \_\_\_\_\_          Unfairly \_\_\_\_\_

    Please describe the experience: _____

    _____

24. If there is anything else that you believe the Court or the parties should know about you, your attitudes, opinions, experiences, please explain here:

    _____

    _____