UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "F" <br> JUDGE MARTIN L.C. FELDMAN |
| JASON R. WILLIAMS <br> NICOLE E. BURDETT | MAGISTRATE (4) <br> MAGISTRATE JUDGE ROBY |
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-139 |
| VERSUS | SECTION "F" <br> JUDGE MARTIN L.C. FELDMAN |
| NICOLE E. BURDETT | MAGISTRATE (3) <br> MAGISTRATE JUDGE DOUGLAS |

## DEFENDANTS' MOTION IN LIMINE

NOW INTO COURT, through undersigned counsel, come defendants Nicole Burdett and Jason R. Williams, and for the reasons set forth in the accompanying memorandum, move the Court for an order in limine to preclude the government from introducing or commenting upon: (1) lifestyle evidence post-dating the tax years charged; (2) Ms. Burdett's right to appointment of counsel; (3) post-charging lifestyle evidence; and (4) Mr. Williams' campaign fund, for the reasons set out in the accompanying memorandum in support.  A fifth evidentiary issue is raised in a motion in limine that the defendants are filing under seal.

WHEREFORE, defendants seek an order precluding the government from introducing or commenting upon: (1) lifestyle evidence post-dating the tax years charged; (2) Ms. Burdett's right to appointment of counsel; (3) post-charging lifestyle evidence; and (4) Mr. Williams' campaign fund.

Respectfully submitted,

*/s/ Avery B. Pardee*
Avery B. Pardee (31280)
Michael W. Magner (01206)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8358
apardee@joneswalker.com
mmagner@joneswalker.com
*Counsel for Defendant, Nicole E. Burdett*

*/s/ William P. Gibbens*
William P. Gibbens (27225)
Ian L. Atkinson (31605)
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, LA  70112
(504) 680-6065
billy@semmlaw.com
ian@semmlaw.com
*Counsel for Jason R. Williams*

and

*/s/ Lisa M. Wayne*
Lisa M. Wayne
LAW OFFICES OF LISA M. WAYNE
1775 Sherman St., Suite 1650
Denver, CO 80203
lmonet20@me.com
*Counsel for Jason R. Williams*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 1st day of November, 2021.

 */s/ Avery B. Pardee*

{N4468707.1}

2