# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "F" |
| | JUDGE MARTIN L.C. FELDMAN |
| JASON R. WILLIAMS | |
| NICOLE E. BURDETT | MAGISTRATE (4) |
| | MAGISTRATE JUDGE ROBY |
| | |
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-139 |
| VERSUS | SECTION "F" |
| | JUDGE MARTIN L.C. FELDMAN |
| NICOLE E. BURDETT | |
| | MAGISTRATE (3) |
| | MAGISTRATE JUDGE DOUGLAS |

## **ORDER**

Upon consideration of defendants' Motion in Limine,

IT IS ORDERED that the defendants' Motion in Limine is GRANTED.

IT IS FURTHER ORDERED that the government is precluded from commenting upon or introducing evidence regarding:

(1) Lifestyle evidence post-dating the tax years charged, as such evidence is not relevant under Rule 401;

(2) Ms. Burdett's appointment of counsel;

(3) Ms. Burdett's post-charging lifestyle; and

(4) Mr. Williams' campaign fund.

New Orleans, Louisiana, this _____ day of November, 2021.

_____
HON. MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

{N4468707.1}