UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "F" |
| | JUDGE MARTIN L.C. FELDMAN |
| JASON R. WILLIAMS | |
| NICOLE E. BURDETT | MAGISTRATE (4) |
| | MAGISTRATE JUDGE ROBY |
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-139 |
| VERSUS | SECTION "F" |
| | JUDGE MARTIN L.C. FELDMAN |
| NICOLE E. BURDETT | |
| | MAGISTRATE (3) |
| | MAGISTRATE JUDGE DOUGLAS |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendants' Motion in Limine will be brought on for hearing before the Honorable Martin L.C. Feldman, United States District Judge, 500 Poydras Street, Room C551, United States District Court for the Eastern District of Louisiana on the 24th day of November, 2021, at 1:30 p.m.

Respectfully submitted,

*/s/ Avery B. Pardee*
Avery B. Pardee (31280)
Michael W. Magner (01206)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8358
apardee@joneswalker.com
mmagner@joneswalker.com
*Counsel for Defendant, Nicole E. Burdett*

*/s/ William P. Gibbens*
William P. Gibbens (27225)
Ian L. Atkinson (31605)
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, LA  70112
(504) 680-6065
billy@semmlaw.com
ian@semmlaw.com
*Counsel for Jason R. Williams*

and

*/s/ Lisa M. Wayne*
Lisa M. Wayne
LAW OFFICES OF LISA M. WAYNE
1775 Sherman St., Suite 1650
Denver, CO 80203
lmonet20@me.com
*Counsel for Jason R. Williams*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 1st day of November, 2021.

    */s/ Avery B. Pardee*

{N4468907.1}

2