UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 20-55 |
| JASON WILLIAMS AND NICOLE BURDETT | SECTION "F" |

ORDER

On December 10, 2021 at 1:30 p.m., the Court will hear oral argument on the government's notices and the parties' motions bearing on the admissibility of certain evidence at the upcoming trial. See Order dtd. 11/18/21.

IT IS ORDERED: that each side shall have 45 minutes for argument.

IT IS FURTHER ORDERED: that, not later than Monday, December 6, 2021, parties shall jointly submit to the Court a proposed order of presentation of issues, mindful that the issues of particular interest to the Court are: (i) the admissibility of "lifestyle" evidence; (ii) the admissibility of tax liability history and tax returns for years not charged (for those years the government seeks to introduce); (iii) the admissibility of evidence pertaining to Ms. Burdett's receipt of Medicaid benefits; and (iv) the admissibility of evidence of other Form 8300 transactions. If the

parties wish to be heard on the defendants' sealed motion, argument on this final issue will take place at the conclusion of the hearing after clearing the Courtroom.

New Orleans, Louisiana, December 2, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE