UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00055 |
| | * | SECT. F. MAG.4 |
| VERSUS | * | |
| | * | JUDGE FELDMAN |
| JASON R. WILLIAMS (01) | * | |
| NICOLE E. BURDETT (02) | * | MAGISTRATE JUDGE ROBY |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00139 |
| | * | SECT. F. MAG.3 |
| | * | |
| VERSUS | * | JUDGE FELDMAN |
| | * | |
| NICOLE E. BURDETT (01) | * | MAGISTRATE JUDGE DOUGLAS |

**O R D E R**

Considering the Government's Motion to Unseal Proofs of Service of its Trial Subpoenas in the captioned matter,

IT IS HEREBY ORDERED AND ADJUDGED that the Government's redacted Proofs of Service of its Trial Subpoenas are hereby ORDERED unsealed;

New Orleans, Louisiana, this 29th day of December, 2021.

_____
HONORABLE MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE