UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-55 |
| VERSUS | SECTION "I" |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | VIOLATION: 18 USC § 371,<br>26 USC § 7206 (2), 31 USC § 5331<br>and 5322 |

## RE-NOTICE OF PRETRIAL CONFERENCE AND TRIAL BY JURY
## PRETRIAL CONFERENCE RESET FOR JUNE 1, 2022 AT 11:00 A.M.

Take Notice that this criminal case has been reset for **TRIAL** on **JULY 18, 2022** at **8:30 A.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

   **\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   April 12, 2022 | CAROL MICHEL, CLERK |
| TO: | Issued by:   Bridget Gregory, Deputy Clerk |
| Jason R. Williams   **(BOND)**<br>Nicole E. Burdett      **(BOND)** | AUSA:   Kelly Uebinger, David J. Ayo, Brandon B. Brown, Alexander C. Van Hook, and Jessica Cassidy |
| | U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit |
| | **JUDGE** |
| **If you change address,<br>notify clerk of court<br>by phone, 589-7752** | **MAGISTRATE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER:   **NONE** |

**Counsel for Jason R. Williams:**
William P. Gibbens
Ian Lewis Atkinson
909 Poydras Street, Suite 1600
New Orleans, LA 70112
Email: billy@semmlaw.com
       ian@semmlaw.com

Lisa M. Wayne
1660 L St. NW, 12th Floor
Washington DC, DC 20036
Email: lmonet20@me.com


**Counsel for Nicole E. Burdett:**
Michael William Magner
Avery Bryce Pardee
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Email: mmagner@joneswalker.com
       apardee@joneswalker.com