## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  20-cr-00055** |
| | * | **SECT. I. MAG.4** |
| **VERSUS** | * | |
| | * | **JUDGE AFRICK** |
| **JASON R. WILLIAMS** | * | |
| **NICOLE E. BURDETT** | * | **MAGISTRATE JUDGE ROBY** |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  20-cr-00139** |
| | * | **SECT. I. MAG.3** |
| | * | |
| **VERSUS** | * | **JUDGE AFRICK** |
| | * | |
| **NICOLE E. BURDETT** | * | **MAGISTRATE JUDGE DOUGLAS** |

## <u>SCHEDULING ORDER</u>

Before the Court is the joint motion[1] to issue a jury questionnaire and to enter a scheduling order in Criminal Action No. 20-55. The Court has adjusted several of the dates proposed in the joint motion. The Court hereby sets the following guidelines and deadlines, applicable to Criminal Action Nos. 20-55 and 20-139: [2]

### <u>JURY INSTRUCTIONS AND PROPOSED *VOIR DIRE* QUESTIONS</u>

Proposed Jury Instructions and Proposed *Voir Dire* Questions will be submitted to the Court no later than June 6, 2022.

---

[1] R. Doc. No. 299.
[2] The scheduling order assumes a trial date of July 18, 2022.  Should the trial date change, the dates and deadlines reflected in this order will automatically adjust to incorporate the change in trial date (*i.e.*, the number of days prior to trial for each deadline will remain the same).

## JENCKS ACT and GIGLIO MATERIALS

Materials to which the defendant and the United States are entitled to under the Jencks Act (18 U.S.C. § 3500) will be provided July 5, 2022.

## EXHIBIT LISTS

Proposed Exhibit lists (United States and Defense) will be submitted by June 15, 2022.

## OBJECTIONS – EXHIBITS

Objections to proposed exhibits will be provided to the Court no later than June 20, 2022, with response to the objections due to the Court no later than June 24, 2022.[3]

## WITNESS LISTS

Proposed Witness lists will be submitted by July 11, 2022. The list will also designate whether or not the witness will be providing "character or reputation" testimony.

## SUMMARY CHARTS

The parties will disclose any summary exhibits, prepared pursuant to FED. R. EVID. 1006, that they intend to use in their case-in-chief, no later than July 5, 2022. The Government may disclose supplemental summary exhibits in response to exhibits, testimony or arguments offered by defendants, no later than the day before the Government intends to introduce these exhibits. Pursuant to Rule 1006, the

---

[3] Additionally, after reviewing the original proposed Exhibit lists, each party will provide a list of any supplemental exhibits to opposing party by June 24, 2022. Any further amendments to the exhibit lists will be disclosed immediately.

Government will make available for inspection the data or information underlying these exhibits upon production of these exhibits.

The parties will disclose any demonstrative or illustrative exhibits that they intend to introduce at trial pursuant to Rule 611(a) prior to its use at trial.

## OPENING STATEMENTS

The Government will have 45 minutes for opening statement. The Defense will have a total of 60 minutes, to be allocated between them as the defense sees fit.

The parties acknowledge their continuing duty to update these disclosures in good faith up until the trial date.

**IT IS ORDERED** that the joint motion to issue jury questionnaire and enter scheduling order is **GRANTED IN PART.**

**IT IS FURTHER ORDERED** that all parties in Criminal Action Nos. 20-55 and 20-139 adhere to the guidelines and deadlines established by this Order.

New Orleans, Louisiana, April 26, 2022.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**