UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  20-cr-00055 |
| | * | SECT. I. MAG.4 |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| JASON R. WILLIAMS  (01) | * | |
| NICOLE E. BURDETT  (02) | * | MAGISTRATE JUDGE ROBY |
| | | |
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  20-cr-00139 |
| | * | SECT. I. MAG.3 |
| | * | |
| VERSUS | * | JUDGE AFRICK |
| | * | |
| NICOLE E. BURDETT (01) | * | MAGISTRATE JUDGE DOUGLAS |

### GOVERNMENT'S REQUESTED SPECIAL VOIR DIRE QUESTIONS

NOW INTO COURT, through the undersigned Assistant United States Attorneys, comes United States of America, who respectfully request that the Court pose the following special questions to the jury venire in addition to those usually asked by the Court:

1. Do you know of any other reason why you may be prejudiced for or against the United States or the defendant because of:

   a. The nature of the charges involved in this case;

   b. Any other circumstances.

2. Do you have any belief or opinion that any offense in which the defendant is charged is unique in any respect in the sense that:

   a. It should be pursued with extraordinary vigor;

   b. It should not constitute an offense.

1

3. If you were the United States Attorney charged with the responsibility of prosecuting this case or if you were the defendant on trial here today charged with the same offense or if you were defense counsel, do you know of any reason why you would not be satisfied to have this case tried by someone in your present frame of mind:

4. Do any of you, because of some religious, moral, or philosophical belief, feel that you cannot reach a verdict in this case?

5. Can you think of any other matter which you should call to the Court's attention which may have some bearing on your qualifications or competence of a juror?

>Respectfully submitted,
>
>MERRICK B. GARLAND
>United States Attorney General
>
>BRANDON B. BROWN
>United States Attorney
>Western District of Louisiana
>
>BY:  /s/ Kelly P. Uebinger
>KELLY P. UEBINGER, La. Bar No. 21028
>ALEXANDER C. VAN HOOK, La. Bar No. 25281
>JESSICA D. CASSIDY, La. Bar No. 34477
>Assistant United States Attorneys
>800 Lafayette Street, Suite 2200
>Lafayette, LA 70501
>Telephone: (337) 262-6618

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00055 | |
| | * | SECT. I. MAG.4 | |
| VERSUS | * | | |
| | * | JUDGE AFRICK | |
| JASON R. WILLIAMS    (01) | * | | |
| NICOLE E. BURDETT    (02) | * | MAGISTRATE JUDGE ROBY | |

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00139 | |
| | * | SECT. I. MAG.3 | |
| | * | | |
| VERSUS | * | JUDGE AFRICK | |
| | * | | |
| NICOLE E. BURDETT    (01) | * | MAGISTRATE JUDGE DOUGLAS | |

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I electronically filed the foregoing Government's Requested Special Voir Dire Questions with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

/s/ Kelly P. Uebinger
KELLY P. UEBINGER, La. Bar No. 21028
ALEXANDER C. VAN HOOK, La. Bar No. 25281
JESSICA D. CASSIDY, La. Bar No. 34477
Assistant United States Attorneys