UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   20-cr-00055 |
| | * | SECT. I. MAG.4 |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| JASON R. WILLIAMS   (01) | * | |
| NICOLE E. BURDETT   (02) | * | MAGISTRATE JUDGE ROBY |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   20-cr-00139 |
| | * | SECT. I. MAG.3 |
| | * | |
| VERSUS | * | JUDGE AFRICK |
| | * | |
| NICOLE E. BURDETT (01) | * | MAGISTRATE JUDGE DOUGLAS |

**UNITED STATES' MOTION TO DISMISS COUNT 10
OF THE INDICTMENT WITHOUT PREJUDICE**

NOW INTO COURT, comes the United States of America, by and through the undersigned Assistant United States Attorneys, who represent as follows:

1.

On June 26, 2020, an eleven (11) count Indictment was returned charging the defendants with one (1) count of Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371, five (5) counts of Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Returns, Statements or Other Documents, in violation of Title 26, United States Code, Section 7206(2) and five (5) counts of Failure to File Forms 8300 Relating to Cash Received in Trade of Business, in violation of Title 31, United States Code, Sections 5331 and 5322.

1

2.

Based upon discovery produced by defendants on June 8, 2022, the Government moves to dismiss Count 10 of the Indictment without prejudice.

WHEREFORE, the Government respectfully requests that Count 10 of the Indictment be dismissed without prejudice.

        Respectfully submitted,

        MERRICK B. GARLAND
        United States Attorney General

        BRANDON B. BROWN
        United States Attorney
        Western District of Louisiana

BY:   /s/ Kelly P. Uebinger
        KELLY P. UEBINGER, (Bar No. 21028)
        ALEXANDER C. VAN HOOK, (Bar No. 25281)
        JESSICA D. CASSIDY, (Bar No. 34477)
        Assistant United States Attorneys
        800 Lafayette Street, Suite 2200
        Lafayette, LA 70501
        Telephone: (337) 262-6618

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   20-cr-00055 |
| | * | SECT. I. MAG.4 |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| JASON R. WILLIAMS   (01) | * | |
| NICOLE E. BURDETT   (02) | * | MAGISTRATE JUDGE ROBY |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   20-cr-00139 |
| | * | SECT. I. MAG.3 |
| | * | |
| VERSUS | * | JUDGE AFRICK |
| | * | |
| NICOLE E. BURDETT (01) | * | MAGISTRATE JUDGE DOUGLAS |

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the foregoing Government's Motion to Dismiss Count 10 of the Indictment with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

/s/ Kelly P. Uebinger
KELLY P. UEBINGER, (Bar No. 21028)
ALEXANDER C. VAN HOOK, (Bar No. 25281)
JESSICA D. CASSIDY, (Bar No. 34477)
Assistant United States Attorneys