# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00055 |
| | * | SECT. I. MAG.4 |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| JASON R. WILLIAMS (01) | * | |
| NICOLE E. BURDETT (02) | * | MAGISTRATE JUDGE ROBY |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00139 |
| | * | SECT. I. MAG.3 |
| | * | |
| VERSUS | * | JUDGE AFRICK |
| | * | |
| NICOLE E. BURDETT (01) | * | MAGISTRATE JUDGE DOUGLAS |

## **O R D E R**

Upon consideration of the Motion to Dismiss Count 10 of the Indictment without Prejudice filed by the United States in the captioned matter,

IT IS HEREBY ORDERED AND ADJUDGED that Count 10 of the Indictment in the captioned matter against the captioned defendants is hereby dismissed, without prejudice.

THUS DONE AND SIGNED, at New Orleans, Louisiana on this _____ day of _____, 2022.

_____
HONORABLE LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE