MINUTE ENTRY
AFRICK, J.
June 10, 2022
JS-10 00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-55 |
| JASON R. WILLIAMS, ET AL. | SECTION I |
| | |
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-139 |
| NICOLE BURDETT | SECTION I |

A telephone conference was held on this date with counsel representing all parties participating. Discussions were held relative to the jury questionnaires. The government specifically advised that it had no Daubert challenge with respect to Harold Asher, although there were objections filed with respect to certain portions of Mr. Asher's proposed testimony.

New Orleans, Louisiana this 10th day of June, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE