UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-55 |
| JASON R. WILLIAMS, ET AL. | SECTION I |
| | |
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-139 |
| NICOLE BURDETT | SECTION I |

### O R D E R

All counsel shall soon receive copies of jury questionnaires completed in anticipation of the trial in the above captioned case. Following discussions with counsel and without opposition,

**IT IS ORDERED** that the jury questionnaires shall not be disclosed to or be made available for review and inspection by anyone other than defense counsel representing defendants, the defendants, the Assistant U.S. Attorneys prosecuting these cases, federal law enforcement agents, in-house legal staff assisting counsel, and contract counsel identified by Mr. Magner. Any copies made of any jury questionnaires shall be accounted for by counsel.

**IT IS FURTHER ORDERED** that Counsel shall maintain a written record of all persons who have access to the jury questionnaires.

**IT IS FURTHER ORDERED** that prior to any disclosure of jury questionnaires, the person to whom disclosure is made shall review this Order and initial and date a copy of it.

**IT IS FURTHER ORDERED** that any violation of this Order may be addressed with severe sanctions and/or contempt of Court.

New Orleans, Louisiana this 10th day of June, 2022.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**