UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-55 |
| JASON R. WILLIAMS, ET AL. | SECTION I |

## ORDER

Considering the motion[1] to dismiss, without prejudice, Count 10 of the Indictment,

**IT IS ORDERED** that the motion is **GRANTED** and Count 10 of the Indictment is hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, June 13, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 328.