UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
|---|---|
| VERSUS | SECTION "I"<br>JUDGE LANCE M. AFRICK |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | MAGISTRATE (4)<br>MAGISTRATE JUDGE ROBY |
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-139 |
| VERSUS | SECTION "I"<br>JUDGE LANCE M. AFRICK |
| NICOLE E. BURDETT | |
| | MAGISTRATE (3)<br>MAGISTRATE JUDGE DOUGLAS |

**DEFENSE EXHIBIT LIST**

Jason R. Williams and Nicole E. Burdett submit the following list of exhibits which may be introduced at the trial of the above matter. Defendants reserve their right to supplement this list.

| # | Description | Bates |
|---|---|---|
| 1. | 24/10 - Marriage license of Troy Waguespack and Nicole E. Burdett | G0110690 |
| 2. | 09/21/10 - Separate property agreement between Waguespack and Burdett | G0110692 |
| 3. | 02/13/20 - UNO Transcript for Nicole E. Burdett | G0021439 |
| 4. | Loyola Transcript for Nicole E. Burdett | G0087748 – G0087750 |
| 5. | 04/26/10 - Nicole E. Burdett's Special Warranty Deed for 451 Hooper Dr. | G0111771 – G0111788 |
| 6. | 10/29/14 Email between Henry Timothy and Nicole Burdett; re 2013 taxes | G0044881 – G0044896 |
| a. | 09/25/15 Email between Henry Timothy and Nicole Burdett; re Interim P&L Statement as of 08/30/15 | G0044897 – G0044898 |
| b. | 11/04/15 Email between Henry Timothy and Nicole Burdett; re Interim P&L Statement as of 09/30/15 | G0044900 – G0044904 |
| c. | 06/21/17 Email between Henry Timothy and Nicole Burdett; re 2016 Tax Return for NEB | G0044905 – G0044918 |

| # | Description | Bates |
|---|---|---|
| d. | 06/21/17 Email between Henry Timothy and Nicole Burdett; re 2016 Tax Return for Troy M Waguespack | G0044919 – G0044931 |
| e. | 05/16/18 Email between Henry Timothy and Nicole Burdett; re TMW Filing Payment Voucher | G0044932 – G0044934 |
| f. | 01/19/17 Email between Henry Timothy and Nicole Burdett; re Taxes 2016 - 1099 | G0044935 – G0044936 |
| g. | 06/21/17 Email between Henry Timothy and Nicole Burdett; re 2016 Tax Return for Taylor C Waguespack | G0044937 – G0044940 |
| h. | 08/28/17 Email between Henry Timothy and Nicole Burdett; re 2015 Tax Return for R Hjortberg | G0044941 – G0044956 |
| i. | 01/05/18 Email between Henry Timothy and Nicole Burdett; re Taxes 2017 - 1099 | G0044957 – G0044958 |
| j. | 05/15/18 Email between Henry Timothy and Nicole Burdett; re JRW Filing Payment Voucher | G0044959 – G0044960 |
| k. | 08/23/18 Email between Henry Timothy and Nicole Burdett; re NEB 2018 Estimated Tax | G0044963 – G0044969 |
| l. | 12/15/18 Email between Henry Timothy and Nicole Burdett; re Troy's LDR Notice of 2014 Filing | G0044970 – G0044973 |
| m. | 01/08/19 Email between Henry Timothy and Nicole Burdett; re 1099 for JRW and Associates 2018 | G0044974 – G0044975 |
| 7. | Text messages Burdett with Bubby | D_199 – D_262 |
| a. | July 9 Text messages Burdett with Bubby | G0001206 – G0001209 |
| 8. | 10/15/14 – Henry Timothy, CPA - Invoice (reads CPA) (various returns) | G0044882 – G0044975 |
| 9. | 06/02/21 - Burdett Legal Consulting Articles of Organization | G0110538 – G0110554 |
| 10. | Examples from receipt books, years 2015, 2016, 2017, 2018, 2019 | G0001441 - G0001523 |
| 11. | Example from TopDogLegal Cash Receipts 01/01/13 – 12/31/19 | G0001524 – G0001557 |
| 12. | Jason Rogers Williams, Federal Criminal Defense, Website entry | G0009496 |
| 13. | 04/27/15 - Operating Agreement of Unglesby and Williams LLC | G0001210 - G0001221 |
| 14. | 2014 – Burdett Legal Envelope (car sale/purchase, children school info, NEB health insurance info | G0081876 – G0081949 |
| 15. | 2015 Taxes Envelope (Burdett Legal Consulting, Nicole Burdett, dependents) | G0081950 – G0082082 |
| 16. | 2016 Envelope (Burdett Legal Consulting, Nicole Burdett, claim dependents, Chase Bank info) | G0082083 – G0082200 |
| 17. | 2017 Taxes Envelope (Burdett Legal Consulting, claim dependents, Uber info) | G0082201 – G0082320 |

| # | Description | Bates |
|---|---|---|
| 18. | 2015 Tax Documents for Jason R. Williams | G0001088 – G0001201 |
| 19. | 07/09/18 – Email from Westmorland to Burdett re 2015 UW Taxes | G0001202 - G0001205 |
| 20. | 2016 – Burdett's Form 8879 - Authorization to e-file | G0084819 |
| 21. | 09/03/20 – Electronically Filed Form 1040 of Troy Waguespack for tax year 2013 - $57,053 in wages, $56,039 after deductions | G0110316 - G0110332 |
| 22. | 09/03/20 – Electronically Filed Form 1040 of Troy Waguespack for tax year 2014 - $64,523 in wages, $65,442 AGI | G0110333 - G0110346 |
| 23. | 09/03/20 – Electronically Filed Form 1040 of Troy Waguespack for tax year 2015 - $73,463 in wages, $74,763 AGI | G0110347 - G0110359 |
| 24. | 09/03/20 – Electronically Filed Form 1040 of Troy Waguespack for tax year 2016 - $74,612 in wages, $73,313 AGI | G0110360 - G0110376 |
| 25. | 09/03/20 – Electronically Filed Form 1040 of Troy Waguespack for tax year 2017 - $73,195 in wages, $73,314 AGI | G0110377 – G0110389 |
| 26. | 2012 - Troy Waguespack changed filing status from head of household to married filing separately | G0081843 – G0081854 |
| 27. | 2012 - Nicole Burdett changed filing status. | G0081857 – G0081867 |
| 28. | 02/02/18 - Deposit checks for $402,242.78 | G0013891 - G0013897 |
| 29. | 02/05/18 - Nicole's fee share on 4 civil cases check for $177,635.00 | G0013901 |
| 30. | 01/01/19 - Chase statement reflecting deposit of $1,404,176.99 (settlement) | G0002236 – G0002241 |
| 31. | 11/09/18 - Kevin Conley text to Nicole | D_054 |
| 32. | Taxes for 2018 - Jason Williams' Chase Account Statements | G0056520 – G0055679 |
| 33. | 02/19/19 – Email from Burdett to Hienz re JRW & Associates Balance Sheet for 2018 (with attachments) | G0056704 – G0056707 |
| 34. | 02/19/19 - JRW & Associates P&L Statement for 2018 | G0056706 – G0056707 |
| 35. | 02/12/19 – Email from Burdett to Hienz & Macaluso re Taxes for 2018 (asked Jason to highlight his statements for business purposes) | G0056713 – G0056714 |
| 36. | 02/11/19 - Email from Burdett to Hienz & Macaluso re Update PNL (asked Nicole to re-run the reports to exclude personal) | G0056719 – G0056722 |

3

| # | Description | Bates |
|---|---|---|
| 37. | Nicole provided Jason's 2017 return to Hienz & Macaluso (no attachments) | G0056721 (no attachments) |
| 38. | 02/11/19 – Email from Burdett to Hienz re Fwd: JRW tax statement (re-ran the reports to exclude personal) | G0056725 - G0056728 |
| 39. | 12/14/18 – Email from Kevin Conley to Hienz re Nicole's and Troy's past returns | G0056735 – G0056737 |
| 40. | 2018 Tax Return of Nicole E. Burdett | G0082624 – G0082734 |
| 41. | 02/10/20 Memo of Activity w Nicole Burdett, ¶ 18 | G0082317 - G0082320 |
| 42. | Cash Receipts Top Dog Legal Entry; 01/01/13 – 12/31/17 | G0001524 - G0001549 |
| 43. | 04/01/14 & 06/01/19 – Robert W. Hjortsberg's Contractual Employment Agreement | D_187 – D_188 |
| 44. | 07/18/17 – Jason Roger Williams & Associates, LLC's $3,000.00 cash deposit | G0013624 |
| 45. | 08/23/17 - Top Dog Legal Entry, $10,000.00 check received; Kieffer_Jerome_JRW | G0001550 |
| 46. | 01/09/18 - Top Dog Legal Entry $5,000.00 check received; Kieffer_Jerome_JRW | G0001552 |
| 47. | 08/10/17 – Cashier's Check for $10,000 to Jason Williams & Associates | G0008452 |
| 48. | 08/11/17 – Remote Online Deposit for $10,000.00 - | G0002130 |
| 49. | 01/10/18 – Substitute document for an electronic ticket for $5,000.00 | G0013862 |
| 50. | Cash Receipts Top Dog Legal Entry, 01/01/18 – 12/31/18 | G0001552 – G0001555 |
| 51. | 01/16/18 – Deposit slip for Cash, $3,000.00 (payment of firm's 1/3 share) | G0013864 |
| 52. | 01/29/18 – Deposit slip for Cash, $2,500.00 (payment of firm's 1/3 share) | G0013873 |
| 53. | IOLTA Trust Account w Chase; 04/18/15 – 02/28/18 | G0001558 - G0001655 |
| 54. | 02/01/18 - Check No. 1077 for $10,500.00 from trust account to operating account (memo: cont fee – Dwayna Butler) | G0093282 |
| 55. | 02/01/18 - Check No. 1078 for $602.42 from trust account to operating account (memo: cost – Dwayna Butler) | G0093283 |
| 56. | 02/01/18 - Check No. 1079 for $16,253.54 from trust account to Dwayna Butler (memo: final proceeds DOA 03/06/17) | G0014311 |

4

| # | Description | Bates |
|---|---|---|
| 57. | 01/30/18 - ESIS Check, $27,355.96 re: Dwayna Butler, Settlement of any and all claims obo Scottwood Realty Company | G0014297 |
| 58. | 02/01/18 – Dwayna Butler Disbursement agreement | D_036 |
| 59. | Top Dog Legal Entry | G0001554 |
| 60. | 01/02/19 - Lindsey Daniels Receipt for $2,000.00 re legal services, Zarius Brown | G0001518 |
| 61. | 04/16/18 – Closed - Lindsey Dykes File, 2702 | D_007 - D_035 |
| 62. | Defendant Copy Discovery, Lindsey Daniels | D_037 - D_053 |
| 63. | Lynsey Daniels File, 2733 | D_057 - D_081 |
| 64. | 11/09/18 - Conley's text to Burdett | G0106600 - G0106602 |
| 65. | 11/13/18 – Email from Conley to Burdett re notes and information gathering document | G0106668 - G0106670 |
| 66. | 2016 Form 1040 - Jason R. Williams | G0000151 – G0000182 |
| 67. | 2016 Form 4868 - Application for Automatic Extension of Time JRW | G0000341 |
| 68. | 12/31/13 - JRWA General Ledger | G0000352 – G0000716 |
| 69. | 2016 Form 1040 – Nicole E. Burdett | G0081566 – G0081589 |
| 70. | 2016 Form 4868 - Application for Automatic Extension of Time NEB | G0081628 – G0081630 |
| 71. | The Law Office of Robert W. Hjortsberg, L.L.C. Secretary of State | D_001 – D_002 |
| 72. | Unglesby & Williams, LLC Secretary of State | D_003 – D_004 |
| 73. | 01/04/18 - Arthur Johnson Detention Hearing (R. Hjortsberg, counsel) - D_005 | D_005 – D_006 |
| 74. | 06/28/20 - Lindsey Daniels Fee – Theft | D_055 |
| 75. | 06/28/20 - Lindsey Daniels Fee – Invasion | D-056 |
| 76. | IRS Form 8300 (Report of Cash Payments Over $10,000 Received in a Trade or Business) (Blank) | N/A |
| 77. | 10/20/19 – Email from Brooks Quality Painting and Contracting to Lori H. Marable re Additional Summons Information | G0125155 |
| 78. | B&B Response to GJS #57 | G0044726 – G0044880 |
| 79. | 04/24/2019 - FBI report regarding Henry Timothy | G0009554 – G0009556 |

5

| # | Description | Bates |
|---|---|---|
| 80. | 11/06/2019 – FBI report with FBI Financial Analyst J. Zeringue regarding Henry Timothy | G0009699 – G0009705 |
| 81. | 2017.03.28 - MOI of Henry Timothy | G0021552 - G0021556 |
| 82. | 2014 - Preparer Information re H. Timothy | G0109460 – G0109461 |
| a. | 2015 - Preparer Information re H. Timothy | G0109462 – G0109463 |
| b. | 2016 - Preparer Information re H. Timothy | G0109464 – G0109465 |
| 83. | 10/15/20 - MOC re Henry Timothy | G0109494 |
| 84. | IRS Report regarding Henry Timothy | G0072872 – G0072888 |
| 85. | Henry Timothy Jr and Becky Timothy – Electronically Filed 2013 U.S. Individual Income Tax Return, Form 1040 | G0072892 – G0072911 |
| 86. | Henry Timothy Jr and Becky Timothy - 2013 IRS Transcript of Account | G0072912 – G0072913 |
| 87. | Henry Timothy Jr and Becky Timothy – Electronically Filed 2014 U.S. Individual Income Tax Return, Form 1040 | G0072914 – G0072934 |
| 88. | Henry Timothy Jr and Becky Timothy - 2014 IRS Transcript of Account | G0072935 – G0072936 |
| 89. | Henry Timothy Jr and Becky Timothy – Electronically Filed 2015 U.S. Individual Income Tax Return, Form 1040 | G0072937 – G0072955 |
| 90. | Henry Timothy Jr and Becky Timothy - 2015 IRS Transcript of Account | G0072956 – G0072957 |
| 91. | Henry Timothy Jr and Becky Timothy – Electronically Filed 2016 U.S. Individual Income Tax Return, Form 1040 | G0072958 – G0072976 |
| 92. | Henry Timothy Jr and Becky Timothy - 2016 IRS Transcript of Account | G0072977 – G0072978 |
| 93. | Henry Timothy Jr and Becky Timothy – Electronically Filed 2017 U.S. Individual Income Tax Return, Form 1040 | G0072979 – G0073000 |
| 94. | Preparer Information Report | G0073001 – G0073006 |
| 95. | Henry Timothy Jr and Becky Timothy – Electronically Filed 2018 U.S. Individual Income Tax Return, Form 1040 | G0073007 – G0073032 |
| 96. | Memorandum of Contact dated May 15, 2018 | G0073033 – G0073034 |
| 97. | Memorandum of Interview dated May 22, 2019 | G0073035 – G0073038 |
| 98. | Memorandum of Contact dated July 18, 2018 | G0073039 – G0073040 |
| 99. | Memorandum of Contact dated August 13, 2019 | G0073041 – G0073042 |

| # | Description | Bates |
|---|---|---|
| 100. | Deposit Analysis -Capital One- Cajun Construction Business Account # **Redacted** 3822 -2013 | G0072889 – G0072891 |
| 101. | Deposit Analysis - Henry and Becky Timothy Bank Account # **Redacted** 9480 -2013 | G0072889 – G0072891 |
| 102. | Deposit Analysis - Capital One - Henry and Becky Timothy Account # **Redacted** 9480-2013 | G0072889 – G0072891 |
| 103. | Deposit Analysis - Home Bank - Henry and Becky Timothy- Account # **Redacted** 9802-2013 | G0072889 – G0072891 |
| 104. | Deposit Analysis - Iberia - Henry and Becky Timothy Acct# **Redacted** 8198 -2013 | G0072889 – G0072891 |
| 105. | Deposit Analysis - Henry and Becky Timothy- Account # **Redacted** 9480- Capital One -2014 | G0072889 – G0072891 |
| 106. | Deposit Analysis -Capital One- Henry Timothy Account # **Redacted** 5515 -2014 | G0072889 – G0072891 |
| 107. | Deposit Analysis - Iberia - B&B Accounting Services, LLC - Account # **Redacted** 0290-2014 | G0072889 – G0072891 |
| 108. | Deposit Analysis - Henry and Becky Timothy- Account # **Redacted** 3822- Capital One -2014 | G0072889 – G0072891 |
| 109. | Deposit Analysis - Iberia - Henry and Becky Timothy Acct # **Redacted** 8198 -2014 | G0072889 – G0072891 |
| 110. | Deposit Analysis - Iberia - B&B Accounting Services, LLC - Account # **Redacted** 0290-2015 | G0072889 – G0072891 |
| 111. | Deposit Analysis - Iberia - B&B Accounting Services, LLC - Account # **Redacted** 0290-2016 | G0072889 – G0072891 |
| 112. | Deposit Analysis - Henry and Becky Timothy- Account # **Redacted** 3822- Capital One 2015-2016 | G0072889 – G0072891 |
| 113. | Henry Timothy & Becky Timothy - Personal Account - Account Number # **Redacted** 8198 Signature Card dated April 3, 1999 | G0073044 G0073045 |
| 114. | Henry Timothy & Becky Timothy - Personal Account - Account Number # **Redacted** 8198 - Bank Statements from January 2014 to April 2018 | G0073046 – G0073189 |
| 115. | B&B Accounting Services LLC Account # **Redacted** 0290 - Signature Card dated January 28, 2014 | G0073459 - G0073460 |
| 116. | B&B Accounting Services LLC Account # **Redacted** 0290 - Bank Statements and Deposits from February 2014 to May 2018 | G0073461 G0075779 |
| 117. | Cajun Construction & Development LLC – Cajun Construction & Development LLC # **Redacted** 3822 - Signature Card | G0075780 – G0075783 |
| 118. | Cajun Construction & Development LLC – Cajun Construction & Development LLC # **Redacted** 3822 – Bank Statements | G0075790 – G0075927 |

| # | Description | Bates |
|---|---|---|
| 119. | Cajun Construction & Development LLC – Cajun Construction & Development LLC # **Redacted** 3822 - Deposits | G0075928 – G0075933 |
| 120. | Henry Timothy - Individual Bank Account # **Redacted** 5515 – Signature Card - | G0075934 |
| 121. | Henry Timothy - Individual Bank Account # **Redacted** 5515 Bank Statements | G0075935 - G0076074 |
| 122. | Henry Timothy - Individual Bank Account # **Redacted** 5515 - Deposits | G0076075 – G0076172 |
| 123. | Henry Timothy or Becky Timothy - Joint Account # **Redacted** 9480 - Bank Statements | G0076173 – G0076246 |
| 124. | Henry Timothy or Becky Timothy - Joint Account # **Redacted** 9480 - Deposits | G0076247 - G0077792 |
| 125. | ERO Info and information for Pro Series | G0077793 |
| 126. | Henry Timothy or Becky Timothy - Joint Account # **Redacted** 9802 - Signature Card dated March 29, 2012 | G0077794 |
| 127. | Henry Timothy or Becky Timothy - Joint Account # **Redacted** 9802 - Bank Statements | G0077795 – G0077961 |
| 128. | Henry Timothy or Becky Timothy - Joint Account # **Redacted** 9802 - Deposits | G0077962 – G0078053 |
| 129. | Jeanette Murphy, Custodian of Records A Insurance Depot; Accounting Transcript - A Insurance Depot | G0078054 – G0078056 |
| 130. | 2019.09.26 – Letter to Lori Marable from Raeon Williams, Berry's Reliable Resources regarding Record of Payments - Berry Reliable | G0073043 |
| 131. | David Brooks , President, Brooks Quality Painting and Contracting; Verification of Payments - Brooks Quality | G0078057 |
| 132. | AJ & Tonya Brownlow, Owners Brownlow Plastering; Verification of Payments - Brownlow | G0078058 – G0078061 |
| 133. | Dennis LaRock, CEO, Coasting Drilling and Utility Services; Verification of Payments - Coastal Drilling | G0078062 – G0078075 |
| 134. | Express Car Care, Lucky Express Car Care Services; Verification of Payments | G0078076 – G0078118 |
| 135. | Jeffery Hinojosa, Midship Marine; Verification of Payments - Midship Marine | G0078119 |
| 136. | Nocito Construction; Verification of Payments | G0078119 |
| 137. | Linda Moorman, Vegas Hardware; Verification of Payments - Vegas Hardware | G0078121 |
| 138. | Donna Scoggins, Today's Village Coffee; Verification of Payments - Todays Village Coffee | G0078122 - G0078123 |
| 139. | Joe's Landing; Payments for Docking Boat | G0078124 |

| **#** | **Description** | **Bates** |
|---|---|---|
| 140. | Charlotte Garr, Compliance Officer Boomtown Casino; Patron Rating Summary *in Globo* (additional documents to be produced) | G0078125 – G0078177 |
| 141. | Lawrence Oggs, Crown Buick GMC; Purchase records for Buick | G0078178 - G0078194 |
| 142. | Joint Motion for Stipulated Preliminary Injunction | G0021557 – G0021558 |
| 143. | Timothy, Henry Proffer letter | G0021561 – G0021562 |
| 144. | P01248539 Rtns Proc Year 2016-2013 Spreadsheet (part of Henry Timothy IRS report) [excel, 156 pages] | G0078301 |
| 145. | Tax Due Spreadsheet (part of Henry Timothy IRS Report) | G0078306 – G0078310 |
| 146. | Tax Returns prepared by Henry Timothy [459 pgs] | G0078473 – G0078932 |
| 147. | IRS Report regarding Henry Timothy with previously provided Excel spreadsheets Bates numbered G0078195 – G0078419 (reproduction for purpose of capturing identification of exhibits) | G0118750 – G0125317 |
| 148. | ECF 18 Plea Agreement regarding Robert Hjortsberg | G0109711 – G0109714 |
| 149. | Form 8879 for 2016 — Robert Hjortsberg | G0109808 |
| 150. | Form 1040 2013 — Robert Hjortsberg | G0109809 - G0109825 |
| 151. | Form 1040 2014 — Robert Hjortsberg | G0109826 - G0109849 |
| 152. | Form 1040 2015 — Robert Hjortsberg | G0109850 - G0109867 |
| 153. | Form 1040 2016 — Robert Hjortsberg | G0109868 - G0109885 |
| 154. | U.S. v. Robert Hjortsberg, Criminal No. 21-9; filed Bill of Information, Understanding of Maximum Penalty and Constitutional Rights, Plea Agreement with Attachment A – SEALED – Cooperation Agreement, and Stipulated Factual Basis for Guilty Plea | G0118441 – G0118454 |
| 155. | U.S. v. Robert Hjortsberg, Criminal No. 21-9; Order signed 12/08/21 by Judge Africk | G0126164 – G0126165 |
| 156. | Form 1040 2014 – John Bowker | G0085914 – G0085924 |
| c. | Form 1040 2015 – John Bowker | G0085925 – G0085946 |
| d. | Form 1040 2016 – John Bowker | G0085947 – G0085964 |

| # | Description | Bates |
|---|---|---|
| e. | Form 1040 2017 – John Bowker | G0085965 – G0085983 |
| f. | Form 1040 2018 – John Bowker | G0085984 – G0086010 |
| 157. | Capital One acct ending in 9003 – Becky Timothy | G0125818 – G0126045 |
| 158. | 2018.11.09 - Kevin Conley's text to NEB | G0106600-G0106602 |
| 159. | 2018.11.13 - Kevin Conley's email to NEB | G0106668-G0106670 |
| 160. | 2018.11.26 - NEB's email to Kevin Conley | G0106687-G0106690 |
| 161. | 2018.12.04 - NEB's text to Kevin Conley | G0106608 |
| 162. | NEB's text to Kevin Conley | G0106611 |
| 163. | 2018.12.07 - Kevin Conley's text to NEB | G0106613 |
| 164. | Kevin Conley's text to NEB | G0106616 |
| 165. | 2018.12.12 - Doubleday Conley LLC Financial Plan DATA REVIEW for Troy Waguespack and Nicole | G0106198-G0106220 |
| 166. | 2018.12.14 - Kevin Conley's text to NEB | G0106617 |
| 167. | Kevin Conley's email to Robert Hienz | G0106692-G0106694 |
| 168. | 2018.12.17 - Kevin Conley's text to NEB | G0106618 |
| 169. | 2019.11.15 - NEB's email to Kevin Conley | G0106760-G0106763 |
| 170. | 2019.01.16 - Kevin Conley's text to NEB | G0106624 |
| 171. | 2019.02.14 - Kevin Conley's text to NEB | G0106632 |
| 172. | 2019.02.18 - Doubleday Conley LLC Financial Plan DRAFT for Troy Waguespack and NEB | G0106257-G0106279 |
| 173. | 2019.12.09 - Doubleday Conley LLC Financial Plan for Troy Waguespack and NEB | G0106392-G0106414 |
| 174. | 2019.12.09 - Doubleday Conley LLC Financial Plan-ADJ for Troy Waguespack and NEB | G0106437-G0106456 |
| 175. | 2019.04.23 - Kevin Conley's email to NEB | G0106851-G0106853 |
| 176. | XXXX.06.24 – Burdett Worksheet | G0106591 |
| 177. | 2019.07.25 - Burdett/Troy Waguespack Worksheet | G0106590 |
| 178. | 2019.07.25 - NEB's text to Kevin Conley | G0106650 |
| 179. | Troy Waguespack and Nicole Worksheets | G0106596-G0106598 |
| 180. | 2019.09.25 - NEB's text to Kevin Conley | G0106655 |
| 181. | XXXX.01.23 - Kevin Conley's text to NEB | G0106666 |
| 182. | 2016 - 1040 Instructions | N/A |
| 183. | Tulane University Course Description | G0118470 |

| # | Description | Bates |
|---|---|---|
| 184. | Jason Rogers Williams & Associates – Profit and Loss statement for 2013 | G0000717 - G0000780 |
| 185. | Williams documents provided to Timothy for 2013 | G0000844 - G0000877 |
| 186. | Henry Timothy Invoice for 2013 tax return | G000782 |
| 187. | 2013 return filed by Henry J. Timothy | G0000783 - G0000796 |
| 188. | Jason Rogers Williams & Associates – Profit and Loss statement for 2014 | G0001020 - G0001077 |
| 189. | Williams documents provided to Timothy for 2014 | G0000976 - G0001019 |
| 190. | Documents provided to Timothy for 2014 | G0001078 - G0001087 |
| 191. | 2014 tax return prepared by Timothy | G0000883 - G0000896 |
| 192. | 2014 worksheets prepared by Timothy | G0000907 - G0000912 |
| 193. | 2014 e-file authorization | G0000904 - G0000905 |
| 194. | Jason Rogers Williams & Associates – Profit and Loss statement for 2015 | G0001126 - G0001180 |
| 195. | Williams documents provided to Timothy for 2015 | G0001102 - G0001125 |
| 196. | Documents provided to Timothy | G0001181 - G0001221 |
| 197. | 2015 tax return prepared by Timothy | G0001088 - G0001097 |
| 198. | 2015 Interim Profit and Loss Statement | G0000936 - G0000962 |
| 199. | Jason Rogers Williams & Associates – Profit and Loss statement for 2016 | G0001241 - G0001292 |
| 200. | Williams documents provided to Timothy for 2016 | G0001293 - G0001316 |
| 201. | Williams documents provided to Timothy for 2016 | G0001239 - G0001240 |
| 202. | 2016 tax return prepared by Timothy | G0001222 - G0001234 |
| 203. | Jason Rogers Williams & Associates – Profit and Loss statement for 2017 | G0001372 - G0001440 |

| # | Description | Bates |
|---|---|---|
| 204. | Williams documents provided to Timothy for 2017 | G0001317 - G0001320, G0001338 - G0001360, G0001363 - G0001371 |
| 205. | 2017 invoice | G0001361 |
| 206. | 2017 tax return prepared by Timothy | G0001322 - G0001330 |
| | **Timothy Materials** | |
| 207. | Email from Brooks Quality Painting to Lori Marable dated October 2, 2019 | G0078057 |
| 208. | Henry Timothy's invoice to AJ and Tonya Brownlow dated October 28, 2013 | G0078058 |
| 209. | Henry Timothy invoice dated February 8, 2013 | G0078073 |
| 210. | Henry Timothy invoice dated January 11, 2013 | G0078072 |
| 211. | Henry Timothy invoice to Coastal Drilling dated March 8, 2012 | G0078064 |
| 212. | Henry Timothy invoice to Coastal Drilling dated March 15, 2013 | G0078068 |
| 213. | Henry Timothy invoice dated March 8, 2013 | G0078074 |
| 214. | Henry Timothy invoice dated May 10, 2013 | G0078075 |
| 215. | Henry Timothy invoice to Express Car Care dated January 3, 2014 | G0078076 |
| 216. | Henry Timothy invoice to Express Car Care dated February 6, 2014 | G0078077 |
| 217. | Henry Timothy invoice to Express Car Care dated March 7, 2014 | G0078078 |
| 218. | Henry Timothy invoice to Express Car Care dated April 4, 2014 | G0078079 |
| 219. | Henry Timothy invoice to Express Car Care dated September 5, 2014 | G0078084 |
| 220. | Henry Timothy invoice to Express Car Care dated October 3, 2014 | G0078085 |
| 221. | Henry Timothy invoice to Express Car Care dated May 2, 2014 | G0078080 |
| 222. | Henry Timothy invoice to Express Car Care dated June 6, 2014 | G0078081 |
| 223. | Henry Timothy invoice to Express Car Care dated July 3, 2014 | G0078082 |
| 224. | Henry Timothy invoice to Express Car Care dated August 8, 2014 | G0078083 |

| **#** | **Description** | **Bates** |
|---|---|---|
| 225. | Requests for Admissions to Henry J. Timothy | Williams_0 13340-013346 |
| 226. | Henry J. Timothy Bill of Information, Plea agreement, and Factual Basis | G0118703 - G0018717 |
| 227. | Timothy IRS spreadsheet | G0078301 |

Respectfully submitted:

/s/Michael W. Magner
MICHAEL W. MAGNER (#1206)
AVERY B. PARDEE (#31280)
Jones Walker LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone (504) 582-8316
apardee@joneswalker.com
mmagner@joneswalker.com

*Attorneys for Nicole E. Burdett*

/s/ Ian Atkinson
William P. Gibbens, 27225
Ian L. Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY &
MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
billy@semmlaw.com
ian@semmlaw.com

and

Lisa M. Wayne (Pro Hac Vice)
LAW OFFICES OF LISA M. WAYNE
1775 Sherman St., Ste. 1650
Denver, Colorado 80203
Telephone: (303) 589-9745
Lmonet20@me.com

*Attorney for Jason R. Williams*

## CERTIFICATE OF SERVICE

I certify that on June 15, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*