# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jason R. Williams and Nicole E. Burdett | ) | Case No. 20-cr-00055/20-cr-00139 |
| _Defendant_ | ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To: Custodian of Records
MCLE Department, Louisiana State Bar Association
601 St. Charles Avenue
New Orleans, Louisiana 70130

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>Hale Boggs Federal Building<br>500 Poydras Street, New Orleans, LA 70130 | Courtroom No.: | C-427, Judge Africk |
|---|---|---|---|
| | | Date and Time: | July 18, 2022, 8:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE ATTACHMENT A

(SEAL)

Date: 04/22/2022

Carol L. Michel
Name of Clerk of court

_Deputy clerk's signature_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
, who requests this subpoena, are:

Kelly P. Uebinger
Alexander C. Van Hook
Jessica D. Cassidy
Assistant United States Attorneys
United States Attorney's Office/Western District of Louisiana
800 Lafayette Street, Suite 2200, Lafayette, Louisiana 70501
Telephone: 337-262-6618

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00055/20-cr-00139

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   MCLE Department, Custodian of Records
was received by me on *(date)*   04/22/2022   .

☒ I served the subpoena by delivering a copy to the named person as follows:
MCLE   Via Federal Express
on *(date)*   06/01/2022   ; or

☐ I returned the subpoena unexecuted because:                                                                            .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/01/2022

*Tim Moore*
Server's signature

Tim Moore     Special Agent
*Printed name and title*

2901 Leon C. Simon Blvd. New Orleans, LA 70126
*Server's address*

Additional information regarding attempted service, etc: