UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-55 |
| JASON R. WILLIAMS, ET AL. | SECTION: "I" |
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-139 |
| NICOLE BURDETT | SECTION: "I" |

### ORDER

Before the Court is the government's motion[1] *in limine* to exclude extrinsic evidence that government witness and tax preparer Henry Timothy took similar deductions on Schedule C tax returns prepared for clients other than defendants, Jason Williams and Nicole Burdett (collectively, "defendants"). Defendants oppose[2] the motion, countering that introducing tax returns Timothy prepared for other Schedule C clients is probative of Timothy's bias and supports their defense that Timothy took aggressive or fraudulent Schedule C deductions for other clients.

---

[1] R. Doc. No. 324 (20cr55) and R. Doc. No. 195 (20cr139).
[2] R. Doc. No. 327 (20cr55).

The Court declines to issue a definitive ruling at this time with respect to the admissibility of the extrinsic evidence.[3]  The government may re-urge its objection at trial.  Accordingly,

**IT IS ORDERED** that the government's motion *in limine* to exclude extrinsic evidence is hereby **DENIED WITHOUT PREJUDICE**.

New Orleans, Louisiana, June 22, 2022.

_____
HONORABLE LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[3] However, the government shall be mindful of *United States v. Skelton*, 514 F.3d 433, 441-43 (5th Cir. 2008) (neither Rule 404(b) nor Rule 608(b) bars admissibility of evidence offered to show bias or to contradict a witness's testimony as to a material issue; admissibility of such motive or bias evidence is subject to Rule 403).