**MINUTE ENTRY**
**AFRICK, J.**
**June 27, 2022**
**JS-10 01:30**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-55 |
| JASON WILLIAMS and NICOLE BURDETT | SECTION: "I" |
| | |
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-139 |
| NICOLE BURDETT | SECTION: "I" |

## ORDER

On June 27, 2022, the Court held an in-person conference for Criminal Action Numbers 20-55 and 20-139 with the following counsel in attendance: Kelly Uebinger, Alexander Van Hook, and Jessica Cassidy for the United States; Ian Atkinson and Lisa Wayne for Jason Williams; and Michael Magner and Avery Pardee for Nicole Burdett.  The Court and counsel discussed observations concerning the completed juror questionnaires, reviewed juror questionnaires, scheduled a hearing to address

1

challenges for cause, and discussed logistics for *voir dire* and the seating of jurors for jury selection.  The Court also heard from counsel concerning defense counsel's *Touhy* requests and the government's motion[1] *in limine* to exclude argument, testimony, and evidence concerning dismissed Count 10 of the indictment in Criminal Action Number 20cr55.  Defense counsel agreed that counsel would not reference dismissal of Count 10 *per se*; however, defense counsel stated that an opposition will be filed by the July 5, 2022 response deadline in which defendants will argue that evidence or testimony concerning dismissed Count 10 is admissible to challenge the quality of the government's investigation into the Form 8300 charges.

Accordingly;

**IT IS ORDERED** that a hearing to address juror challenges for cause shall take place on Thursday, July 7, 2022, at 2:00 p.m. Counsel and defendants shall appear for the hearing.

**IT IS FURTHER ORDERED** that the government's motion *in limine* to exclude argument, testimony, and evidence concerning dismissed Count 10 shall be heard on the papers, without oral argument, on (or before) July 13, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 342 in 20cr55.