AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Jason Rogers Williams and Associates, LLC
607 St. Charles Avenue, Suite 300
New Orleans, LA 70130

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States Federal Grand Jury<br>Hale Boggs Federal Building<br>500 Poydras Street, 2nd Floor<br>New Orleans, Louisiana 70130 | Date and Time:<br>May 24, 2019 at 9:00 a.m. |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE SUBPOENA ATTACHMENT.

Date: 04/18/2019

William W. Blevins
*Name of clerk of court*

*Deputy clerk's signature*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Kelly P. Uebinger
Assistant United States Attorney
United States Attorney's Office/Western District of Louisiana
800 Lafayette Street, Suite 2200, Lafayette, LA 70501
Telephone: 337-262-6618

WDLA USAO #2017R00460-55

GOVERNMENT EXHIBIT
1

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**ATTACHMENT**
(Federal Grand Jury Subpoena – Eastern District of Louisiana)
**WDLA USAO #2017R00460-55**

**Jason Rogers Williams and Associates L.L.C.**
**607 St. Charles Avenue, Suite 300**
**New Orleans, LA 70130**

Any and all corporate "Documents and Records" related to Jason Rogers Williams and Associates L.L.C., EIN 27-3721696.

**TIME PERIOD**

January 1, 2013 – December 31, 2018

The records request includes, but is not limited to, the following:

**REQUESTS SPECIFICS**

- ALL CORPORATE BOOKKEEPING RECORDS and other financial records including General Ledger, General Journals, all Subsidiary Ledgers and Journals, Gross Receipts and income records, Cash Receipts and Disbursement records and/or Journals, sales and Purchase records and/or Journals, Accounts Receivable and Payable Ledgers and records, Bad Debt records, Cost of Goods Sold records, Loan Receivable and Payable Ledgers, Voucher Register and all sales and expense invoices including all invoices documenting expenses paid by cash (currency) or bank check (cashier or teller checks) and retained copies of any bank checks (cashier or teller checks.)

- Inventory records establishing beginning and ending inventories including inventory sheets, work-papers, and valuation records. Records and work-papers reflecting the purchase, basis and depreciable life of assets. Records and work-papers of sales of corporate assets such records disclosing the dates of purchase and sale, cost and sales price, records establishing or adjusting asset basis.

- Corporate Minute Book, Stock Register or other records reflecting ownership of corporate stock. All financial statements, bookkeeper's and/or accountant's work papers used in the preparation of corporate records or tax returns. Retained copies of all federal and state income, payroll and excise tax returns.

- SAVINGS ACCOUNT RECORDS: Including passbooks or bank statements, records reflecting dates and amounts of deposits, withdrawals, interest, debit and

credit memos, deposit slips, records reflecting the identity of checks deposited, withdrawal slips, and records disclosing the disposition of withdrawals, Forms 1099, debit and credit memos. Records of any certificates of deposit, money market certificates, U.S. Treasury Notes or Bills purchased.

- CHECKING ACCOUNT RECORDS: Including bank statements, deposit slips, records revealing the identity of checks drawn on the account, checks deposited, all debit and credit memos, and Forms 1099 issued.

- LOAN RECORDS: Including applications, financial statements, loan collateral, credit and background investigations required, loan agreements, notes or mortgages, settlement sheets, contracts, retained copies of checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loans correspondence files and internal memoranda relative to these loans.

- TAX DOCUMENTS: including all items used in the preparation of U.S. Individual Income Tax Returns, Form 1040, U.S. Corporation Income Tax Return, Form 1120, U.S. Return of Partnership Income, Form 1065, and Employer's Quarterly Federal Tax Return, Form 941. All books, records, bank statements, canceled checks, deposit tickets, work-papers, financial statements, correspondence and other pertinent documents used or furnished for the preparation of state and federal income tax returns including but not limited to: all records used in or resulting from the preparation of federal and state income tax returns consisting of but not limited to work-papers, notes, papers, memoranda and correspondence used or prepared by you relative to the preparation of the aforementioned returns. Copies of federal and state income tax returns, and amended tax returns.

- Record format: In addition to hard copies, records are requested in the form of electronic media. Data may be provided on thumb drives or compact disks (CDs). A record layout for the data is also requested.

NOTE: If you have any questions regarding this subpoena, please contact FBI Special Agent Todd A. Goodson, Redacted

-OR-

AUSA Kelly Uebinger or her legal assistant, Denise Duhon, U.S. Attorney's Office, Lafayette, Louisiana, Redacted



**U.S. DEPARTMENT OF JUSTICE**
**INSTRUCTIONS FOR FACT WITNESSES APPEARING ON**
**BEHALF OF THE UNITED STATES GOVERNMENT**
(Not Applicable to Federal Employees)

---

READ THE INFORMATION CONTAINED ON THIS FORM BEFORE YOUR COURT APPEARANCE. PLEASE CALL THE INDIVIDUAL(S) LISTED BELOW FOR INFORMATION REGARDING TRAVEL ARRANGEMENTS AND SPECIFIC ENTITLEMENTS. IF YOU HAVE A MEDICAL CONDITION OR FAMILY SITUATION THAT REQUIRES SPECIAL CONSIDERATION, PLEASE ADVISE THE INDIVIDUALS LISTED BELOW AS SOON AS POSSIBLE.

---

**CONTACT PERSON(S):** Melissa Meunier [Redacted], Donna Duplantier [Redacted], Brandi Calagna [Redacted]

### ≈ VERIFY YOUR ATTENDANCE ≈

On the last business day BEFORE you travel to court, call the above number(s) to verify that your attendance is required. This may prevent a wasted trip in the event of any changes to your scheduled appearance.

### ≈ APPEARANCE IN ANOTHER CITY ≈

If you are required to travel to another city to appear in court, immediately contact the individual(s) listed above and request instructions. Any amount advanced to you will be deducted from your fees and allowances.
**IMPORTANT NOTE: PHOTO ID IS REQUIRED TO ENTER THE HALE BOGGS FEDERAL BUILDING/COURTHOUSE.**

### ≈ REIMBURSEMENT OF EXPENSES AND ATTENDANCE FEES ≈

A.  **ATTENDANCE FEE:** You will be paid a fee of **$40** per day, including travel days.

B.  **TRANSPORTATION:** Call the individual(s) listed above to obtain information on transportation. Reimbursement will be made for travel by the least expensive method reasonably available to you. The following rules apply to transportation expenses:

   1.  **Local Travel:** The recommended method of travel in the local area of court is transit bus/subway;

   2.  **Privately Owned Vehicles (POV):** You will be reimbursed the following amounts:
       Motorcycle **$0.55** per mile      Automobile **$0.58** per mile

   In addition to the above mileage allowance, necessary tolls, parking and other fees may be reimbursed. You can keep a record of your odometer readings if you travel by motorcycle or automobile. Otherwise, we will use MapQuest. If two or more witnesses travel in the same vehicle, only one reimbursement for mileage can be made.

   **IF POV EXPENSES, INCLUDING MILEAGE, TOLLS, PARKING AND OTHER ASSOCIATED COSTS, ARE GREATER THAN COACH CLASS AIRFARE, YOU WILL BE RESPONSIBLE FOR THE DIFFERENCE.**

   3.  **Out-of-Town Traveler:** If you are located outside the local district, CALL THE INDIVIDUAL(S) LISTED ABOVE FOR INSTRUCTIONS & TO MAKE TRAVEL ARRANGEMENTS. Airline, train or bus reservations will be made through the U.S. Attorney's Office. Please do not make your own travel accommodations as the U.S. Attorney's Office *WILL NOT REIMBURSE* any airline, train or bus reservation that are made independently. Due to the fact that if your appearance date changes or is cancelled, you *WILL NOT* be reimbursed for non-refundable tickets. *WE DO NOT REIMBURSE COST OF RENTAL CARS*. If you have any questions concerning transportation arrangements, please contact the individual(s) listed above.

C.  **MEALS:** If it is necessary for you to remain away from home **overnight**, you will receive the following daily meal allowances:
       **$ 35.50** for each travel day     PLUS     **$71.00** for each full day at court

D.  **LODGING**: *If it is necessary for you to remain away from home overnight, hotel reservations will be made through the U.S. Attorney's Office. Only the cost of the hotel room for the witness will be paid for directly by this office. Any other charges, i.e., double occupancy, room service, valet service, food or beverage charges, phone calls, movie rentals, hotel parking fees, etc., are the responsibility of the witness and will be paid by the witness.*

### ≈ YOU MUST RETAIN RECEIPTS ≈

ALL CLAIMS FOR PARKING MUST BE SUPPORTED BY A RECEIPT. OTHER EXPENSES EQUAL TO $25 OR MORE MUST BE SUPPORTED BY A RECEIPT, WITH THE EXCEPTION OF MEALS AND MILEAGE.

### ≈ DISMISSAL ≈

When you are advised that your attendance is no longer required, you should request information regarding the payment of the fees and allowances outlined above. The individual(s) listed above will provide you with a Fact Witness Voucher. You will be required to list your expenses on this Voucher. The Voucher will be submitted to the U.S. Marshals Service for payment. The U.S. Marshals Service will process the voucher and **MAIL** the payment to you. ***This process can take approximately 4-8 weeks after your scheduled appearance.***

FORM OBD-2 (Revised 1-2019)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
## CERTIFICATION OF RESPONSE TO GRAND JURY SUBPOENA

PARISH/COUNTY OF _____ )
STATE OF _____ )

Response of _____

to Subpoena dated _____

_____, being first duly sworn on oath, makes the following
    (Name of Affiant)
response to the subpoena described above.

Affiant is _____ of _____
           (Title)                                       (Name of Company)

_____
(Name, address, and telephone number of company continued)

and has read the above-described subpoena in its entirety.

     I HEREBY CERTIFY that I have caused to be made a search of the files and records of _____.
                                (Name of Company)
in order to comply with the above-described subpoena. I also certify that the exhibits listed on the attached sheet(s) and accompanying this response are, to the best of my knowledge and belief, all of the documents fitting the description of documents called for in said subpoena and in the possession of _____.
                                     (Name of Company)

     I FURTHER CERTIFY that the information contained in these records were (A) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) kept in the course of regularly conducted activity; and (C) made by the regularly conducted activity as a regular practice.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
this _____ day of _____, 2019.

_____
NOTARY PUBLIC

My Commission Expires on _____