JASON ROGERS WILLIAMS & ASSOCIATES

Jason Rogers Williams  
Nicole E. Burdett

Robert W. Hjortsberg  
Gregory J. Sauzer

February 1, 2018

Ms. Dwayna Butler  
Redacted  
Marrero, LA 70072

RE: Settlement disbursement

**SETTLEMENT DISBURSEMENTS**  
**DWAYNA BUTLER**  
Date of Incident: 3/6/2017

| | |
|---|---|
| SETTLEMENT | $30,000.00 |
| Less: | |
| Attorneys' fees (35%) | $ 10,500.00 |
| **Costs paid by ESIS to DOL:** | |
| US DOL Lien | $ 2,644.04 |
| **Costs reimbursable to JRW & Assoc:** | |
| Diagnostic Imaging Services | $ 550.00 |
| Ciox Health- Concentra Records | $ 52.42 |
| **To Client** | **$ 16,253.54** |

I hereby authorize the settlement of the above captioned matter for the above sum. I agree to the above disbursements and I acknowledge that no funds are being withheld by my attorney to satisfy any other debts. I acknowledge funds were withheld from ESIS to satisfy the DOL lien. The settlement check issued by ESIS was in the amount of $27,355.96. I hereby authorize my attorney to make the above disbursements on my behalf in payment toward the above obligations.

Date: 2/1/18

Signed: _[signature]_  
DWAYNA BUTLER

607 St. Charles Avenue · Suite 300 · New Orleans, LA 70130 U.S.A. · T (504) 585-1413 · F (504) 581-5588  
www.jrwilliamslawfirm.com

**GOVERNMENT EXHIBIT 4**

D_194