UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 20-55** |
| **v.** | * | **SECTION: "F" (4)** |
| **JASON R. WILLIAMS**<br>**NICOLE E. BURDETT** | * | |
| * | * | * |

### DEFENDANT JASON WILLIAMS' WITNESS LIST

Defendant Jason Williams submits that the following individuals may be called as witnesses during the trial of this case:

1. Harold Asher
2. Darren Coleman
3. Becky Timothy
4. Any witness listed or called by the government

Respectfully submitted:

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, MCGOEY & MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
billy@semmlaw.com

and

Lisa M. Wayne (Pro Hac Vice)
LAW OFFICES OF LISA M. WAYNE
1775 Sherman St., Ste. 1650
Denver, Colorado 80203
Telephone: (303) 589-9745
Lmonet20@me.com

*Attorney for Jason R. Williams*