UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-55 |
| JASON R. WILLIAMS<br>NICOLE E. BURDETT | SECTION: "I" |
| | |
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-139 |
| NICOLE E. BURDETT | SECTION: "I" |

**ORDER GOVERNING COURTROOM DURING TRIAL**

**IT IS ORDERED** that the trial in the above-captioned case will be conducted in accordance with the following rules:

1. Members of the media must present their credentials to court security upon entering the courtroom.

2. With the exception of credentialed media, federal law enforcement agents and the attorneys involved in the above captioned case, any audio, video recording, or personal communication devices, including but not limited to cellular phones, Blackberrys, Smart Phones, Smart Watches, and personal digital assistants, shall not be allowed in the courtroom. All communication devices allowed in the courtroom pursuant to this order shall remain on silent.

3. With the exception of credentialed media, federal law enforcement agents and the attorneys involved in the above captioned case, laptops will not be permitted in the courtroom. The media shall not use laptops for photography, audio or video recordings.

4. Use of social media in the courtroom is strictly prohibited, with the exception of credentialed media that may use Twitter during the course of the proceedings, EXCEPT during the jury selection process.

Any violation of this order may result in the imposition of sanctions and/or being held in contempt of court.

New Orleans, Louisiana, this 13th day of July, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**