UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 20-55** |
| **JASON WILLIAMS, ET AL.** | **SECTION I** |

# ORDER

On June 14, 2022, the Court granted[1] the government's motion to dismiss Count 10 of the indictment without prejudice. The parties have agreed that counsel will not refer to Count 10 during the trial.[2]

If the jury is presented with an indictment that merely redacts Count 10, it is likely that the jury will be confused about the missing count, or that the jury will speculate as to why the count is absent from the indictment. The government will prepare a version of the indictment to be used for trial purposes, which labels Count 11 as "Count 10." The original, now-dismissed, Count 10 shall be omitted from the modified indictment. Counsel for all parties have advised the Court that they do not object to this modification.

This modified indictment is to be used for trial purposes only. The Court will read the modified indictment to the jury and will provide a copy of that indictment to the jury for reference during their deliberations. The Court's jury instructions will

---

[1] R. Doc. No. 332.
[2] Defendants seek to present evidence pertaining to Count 10 at trial, in order to demonstrate that the government made errors in its investigation of this case. R. Doc. No. 370. The Court has deferred ruling on this matter to trial. *Id.*

also refer to the modified indictment. However, any future filings shall refer to the original indictment[3] and the original numbering of the counts. Accordingly,

**IT IS ORDERED** that the government shall furnish the Court with a modified indictment, as described herein, before trial commences.

New Orleans, Louisiana, July 15, 2022.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[3] R. Doc. No. 1.