UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
|---|---|
| VERSUS | SECTION "I" |
| | JUDGE LANCE M. AFRICK |
| JASON R. WILLIAMS | |
| NICOLE E. BURDETT | MAGISTRATE (4) |
| | MAGISTRATE JUDGE ROBY |
| | |
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-139 |
| VERSUS | SECTION "I" |
| | JUDGE LANCE M. AFRICK |
| NICOLE E. BURDETT | |
| | MAGISTRATE (3) |
| | MAGISTRATE JUDGE DOUGLAS |

**DEFENSE'S THIRD SUPPLEMENTAL EXHIBIT LIST**

Jason R. Williams and Nicole E. Burdett submit the following third supplemental list of exhibits which may be introduced at the trial of the above matter. Defendants reserve their right to supplement this list.

| # | Description | Bates |
|---|---|---|
| 266. | Automated Underreporter Rpt for H Timothy | G0127729 |
| 267. | 267. D_706 - 2016 1040 Estimated Average Taxpayer Burden | D_706 – D_707 |
| 268. | D_739 - 2021.12.31 - IberiaBank statement for B&B Accounting | D_739 |

#100529173v1

                                                              Respectfully submitted:

| | |
|---|---|
| /s/Michael W. Magner | /s/ Ian Atkinson |
| MICHAEL W. MAGNER (#1206) | William P. Gibbens, 27225 |
| AVERY B. PARDEE (#31280) | Ian L. Atkinson, 31605 |
| Jones Walker LLP | SCHONEKAS, EVANS, MCGOEY & MCEACHIN, L.L.C. |
| 201 St. Charles Ave., Suite 5100 | 909 Poydras Street, Suite 1600 |
| New Orleans, LA 70170 | New Orleans, Louisiana 70112 |
| Telephone (504) 582-8316 | Telephone: (504) 680-6050 |
| apardee@joneswalker.com | billy@semmlaw.com |
| mmagner@joneswalker.com | ian@semmlaw.com |
| | |
| *Attorneys for Nicole E. Burdett* | and |
| | |
| | Lisa M. Wayne (Pro Hac Vice) |
| | LAW OFFICES OF LISA M. WAYNE |
| | 1775 Sherman St., Ste. 1650 |
| | Denver, Colorado 80203 |
| | Telephone: (303) 589-9745 |
| | Lmonet20@me.com |
| | |
| | *Attorney for Jason R. Williams* |

## CERTIFICATE OF SERVICE

      I certify that on July 17, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

                                                           */s/ Michael W. Magner*