UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00055 |
| | * | SECT. I. MAG.4 |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| JASON R. WILLIAMS      (01) | * | |
| NICOLE E. BURDETT     (02) | * | MAGISTRATE JUDGE ROBY |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00139 |
| | * | SECT. I. MAG.3 |
| | * | |
| VERSUS | * | JUDGE AFRICK |
| | * | |
| NICOLE E. BURDETT     (01) | * | MAGISTRATE JUDGE DOUGLAS |

**UNITED STATES OF AMERICA'S FIRST SUPPLEMENTAL MOTION TO RECONSIDER IN-COURT RULING EXCLUDING EXHIBITS**

NOW INTO COURT, through the undersigned Assistant United States Attorneys, comes the United States of America, who submits this First Supplemental Motion to Reconsider In-Court Ruling Excluding Exhibits. The grounds supporting this motion are set forth in more detail in the attached memorandum.

Respectfully submitted,

MERRICK B. GARLAND
United States Attorney General

BRANDON B. BROWN
United States Attorney
Western District of Louisiana

BY:   /s/ Kelly P. Uebinger
KELLY P. UEBINGER, (Bar No. 21028)
ALEXANDER C. VAN HOOK, (Bar No. 25281)
JESSICA D. CASSIDY, (Bar No. 34477)
Assistant United States Attorneys
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | * | **CRIMINAL NO.  20-cr-00055** |
| | | * | **SECT. I. MAG.4** |
| **VERSUS** | | * | |
| | | * | **JUDGE AFRICK** |
| **JASON R. WILLIAMS** | **(01)** | * | |
| **NICOLE E. BURDETT** | **(02)** | * | **MAGISTRATE JUDGE ROBY** |
| | | | |
| **UNITED STATES OF AMERICA** | | * | **CRIMINAL NO.  20-cr-00139** |
| | | * | **SECT. I. MAG.3** |
| | | * | |
| **VERSUS** | | * | **JUDGE AFRICK** |
| | | * | |
| **NICOLE E. BURDETT** | **(01)** | * | **MAGISTRATE JUDGE DOUGLAS** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing Government's First Supplemental Motion to Reconsider In-Court Ruling Excluding Exhibits with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

/s/ Kelly P. Uebinger
KELLY P. UEBINGER, (Bar No. 21028)
ALEXANDER C. VAN HOOK, (Bar No. 25281)
JESSICA D. CASSIDY, (Bar No. 34477)
Assistant United States Attorneys