UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00055 |
|---|---|---|
|  | * | SECT. I. MAG.4 |
| VERSUS | * |  |
|  | * | JUDGE AFRICK |
| JASON R. WILLIAMS (01) | * |  |
| NICOLE E. BURDETT (02) | * | MAGISTRATE JUDGE ROBY |
|  |  |  |
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00139 |
|  | * | SECT. I. MAG.3 |
|  | * |  |
| VERSUS | * | JUDGE AFRICK |
|  | * |  |
| NICOLE E. BURDETT (01) | * | MAGISTRATE JUDGE DOUGLAS |

**UNITED STATES' MEMORANDUM IN SUPPORT OF FIRST SUPPLEMENTAL MOTION TO RECONSIDER IN-COURT RULING EXCLUDING EXHIBITS**

The United States respectfully supplements its previously filed Motion to Reconsider In-Court Ruling Excluding Exhibits [Rec Doc. 398] as follows:

During the bench conference, as it pertained to Government Exhibits 84, 85, 86, 88, and 89, counsel for Jason Williams stated that "this was a request for abatement of penalties for uncharged tax years in 2001 through 2011, and Judge I have to say the argument that they are making about these statements was never in the – it was not in the 404(b) notice at all. It's come up since and they have mentioned it, but it was not in the 404(b) notice."

While the Government did not reference it in the 404(b) notice, it has always been the Government's position that this evidence is intrinsic to the crime charged. And, on April 28, 2022, nearly three months before trial, the Government gave notice of intent to introduce this evidence at trial in its Motion for Reconsideration. [Rec. Doc. 303]. The Government specifically argued that "evidence regarding Williams's tax history, including correspondence with the IRS about tax debt already deemed 'intrinsic'" should be admissible at trial. [Rec. Doc.303-1, p. 3]. The Government went on to state that:

1

> Williams's correspondence seeking abatement of tax debt, or otherwise expressing displeasure with his debts owed, is evidence of motive. This evidence shows that William did not want to pay the taxes he owed and he was motivated to find someone (i.e., tax preparer Henry Timothy) wiling to help him prepare false returns.

[Rec. Doc. 303-1, pp. 4-5]. The Government even attached as exhibits to its motion for reconsideration the requests for abatement that Williams submitted to the IRS in 2013 for tax years 2002 and 2006 (which are Exhibits 85 and 88 that the Government asks this Court to reconsider allowing into evidence at trial). [Rec. Docs. 303-4 and 303-5]. In the motion for reconsideration, the Government specifically asked the Court to defer ruling on these issued until trial when the Court could properly consider the evidence in context. [Rec. Doc. 303-1, pp. 1, 13]

The defendants were given notice well in advance of trial that the Government sought to introduce evidence of statements that Williams made to the IRS in 2013. These statements by Jason Williams are statements against interest, they were made during the course of the conspiracy, and they were made to further the objective of the conspiracy to defraud the United States. The Government respectfully urges this Court to allow the introduction of Government Exhibits 84, 85, 86, 88, and 89.

                Respectfully Submitted:

                MERRICK B. GARLAND
                United States Attorney General

                BRANDON B. BROWN
                United States Attorney
                Western District of Louisiana

BY: /s/ Kelly P. Uebinger
    KELLY P. UEBINGER, (Bar No. 21028)
    ALEXANDER C. VAN HOOK, (Bar No. 25281)
    JESSICA D. CASSIDY, (Bar No. 34477)
    Assistant United States Attorneys
    800 Lafayette Street, Suite 2200
    Lafayette, LA 70501
    Telephone: (337) 262-6618

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00055 |
| | * | SECT. I. MAG.4 |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| JASON R. WILLIAMS (01) | * | |
| NICOLE E. BURDETT (02) | * | MAGISTRATE JUDGE ROBY |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00139 |
| | * | SECT. I. MAG.3 |
| | * | |
| VERSUS | * | JUDGE AFRICK |
| | * | |
| NICOLE E. BURDETT (01) | * | MAGISTRATE JUDGE DOUGLAS |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing Government's Memorandum in Support of First Supplemental Motion to Reconsider In-Court Ruling Excluding Exhibits with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

/s/ Kelly P. Uebinger
KELLY P. UEBINGER, (Bar No. 21028)
ALEXANDER C. VAN HOOK, (Bar No. 25281)
JESSICA D. CASSIDY, (Bar No. 34477)
Assistant United States Attorneys