UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00055 |
| --- | --- | --- |
|  | * | SECT. I. MAG.4 |
| VERSUS | * |  |
|  | * | JUDGE AFRICK |
| JASON R. WILLIAMS     (01) | * |  |
| NICOLE E. BURDETT     (02) | * | MAGISTRATE JUDGE ROBY |

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00139 |
| --- | --- | --- |
|  | * | SECT. I. MAG.3 |
|  | * |  |
| VERSUS | * | JUDGE AFRICK |
|  | * |  |
| NICOLE E. BURDETT     (01) | * | MAGISTRATE JUDGE DOUGLAS |

## ORDER

HAVING CONSIDERED, the Government's First Supplemental Motion to Reconsider In-Court Ruling Excluding Exhibits,

IT IS HEREBY ORDERED that the Motion is Granted _____.

IT IS HEREBY ORDERED that the Motion is Denied _____.

SIGNED this \_\_\_ day of July, 2022, in New Orleans, Louisiana.

_____
HONORABLE LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE