UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00055 |
| | * | SECT. I. MAG.4 |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| JASON R. WILLIAMS (01) | * | |
| NICOLE E. BURDETT (02) | * | MAGISTRATE JUDGE ROBY |
| | | |
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-cr-00139 |
| | * | SECT. I. MAG.3 |
| | * | |
| VERSUS | * | JUDGE AFRICK |
| | * | |
| NICOLE E. BURDETT (01) | * | MAGISTRATE JUDGE DOUGLAS |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Government's First Supplemental Motion to Reconsider In-Court Ruling Excluding Exhibits will be brought on for hearing before the Honorable Lance M. Africk, 500 Poydras Street, Room C405, United States District Court for the Eastern District of Louisiana on the 10th day of August, 2022 at 2:00 p.m.

        Respectfully submitted,

        MERRICK B. GARLAND
        United States Attorney General

        BRANDON B. BROWN
        United States Attorney
        Western District of Louisiana

BY: /s/ Kelly P. Uebinger
    KELLY P. UEBINGER, (Bar No. 21028)
    ALEXANDER C. VAN HOOK, (Bar No. 25281)
    JESSICA D. CASSIDY, (Bar No. 34477)
    Assistant United States Attorneys
    800 Lafayette Street, Suite 2200
    Lafayette, LA 70501
    Telephone: (337) 262-6618

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  20-cr-00055 |
| | * | SECT. I. MAG.4 |
| VERSUS | * | |
| | * | JUDGE AFRICK |
| JASON R. WILLIAMS        (01) | * | |
| NICOLE E. BURDETT        (02) | * | MAGISTRATE JUDGE ROBY |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  20-cr-00139 |
| | * | SECT. I. MAG.3 |
| | * | |
| VERSUS | * | JUDGE AFRICK |
| | * | |
| NICOLE E. BURDETT        (01) | * | MAGISTRATE JUDGE DOUGLAS |

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing, Notice of Hearing, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

    /s/ Kelly P. Uebinger_____
    KELLY P. UEBINGER, (Bar No. 21028)
    ALEXANDER C. VAN HOOK, (Bar No. 25281)
    JESSICA D. CASSIDY, (Bar No. 34477)
    Assistant United States Attorneys