# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "I" |
| | JUDGE LANCE M. AFRICK |
| JASON R. WILLIAMS | |
| NICOLE E. BURDETT | MAGISTRATE (4) |
| | MAGISTRATE JUDGE ROBY |
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-139 |
| VERSUS | SECTION "I" |
| | JUDGE LANCE M. AFRICK |
| NICOLE E. BURDETT | |
| | MAGISTRATE (3) |
| | MAGISTRATE JUDGE DOUGLAS |

**MOTION FOR EXPEDITED CONSIDERATION OF
MOTION TO DISMISS COUNT 8 OF THE INDICTMENT AND MOTION FOR LEAVE
TO FILE EXHIBIT A UNDER SEAL**

Defendants Jason Williams and Nicole Burdett respectfully move the Court for expedited consideration of their Motion to Dismiss Count 8 of the Indictment and Motion for Leave to File Exhibit A Under Seal, because trial is in progress.

WHEREFORE, for the reasons set forth herein, Jason Williams and Nicole Burdett respectfully request that the Court grant their Motion for Expedited Consideration and consider their Motion to Dismiss Count 8 of the Indictment and Motion for Leave to File Exhibit A Under Seal on an expedited basis.

#100550191v1

Respectfully submitted,

*/s/ Avery B. Pardee*
Michael W. Magner (01206)
Avery B. Pardee (31280)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
(504) 582-8358
mmagner@joneswalker.com
apardee@joneswalker.com
*Counsel for Defendant, Nicole E. Burdett*

*/s/ William P. Gibbens*
William P. Gibbens (27225)
Ian L. Atkinson (31605)
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, LA  70112
(504) 680-6050
billy@semmlaw.com
ian@semmlaw.com
*Counsel for Jason R. Williams*

and

*/s/ Lisa M. Wayne*
Lisa M. Wayne (Pro Hac Vice)
LAW OFFICES OF LISA M. WAYNE
1775 Sherman St., Suite 1650
Denver, CO 80203
(303) 589-9745
lmonet20@me.com
*Counsel for Jason R. Williams*

## CERTIFICATE OF SERVICE

I certify that on July 25, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Avery B. Pardee*

#100550191v1