MINUTE ENTRY
AFRICK, J.
JULY 27, 2022

JS10 - 00:02

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 20-55** |
| **JASON R. WILLIAMS**<br>**NICOLE BURDETT** | **SECTION: I** |

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 20-139** |
| **NICOLE BURDETT** | **SECTION: I** |

**JURY TRIAL**
(continued from July 26, 2022)

COURTROOM DEPUTY:  Dena White and Bridget Gregory
COURT REPORTER:  Cathy Pepper

APPEARANCES:
Alexander Van Hook, Jessica Cassidy and Kelly Uebinger, Counsel for Government
William P. Gibbens and Lisa Wayne, Counsel for Defendant Jason Williams
Michael Magner and Avery Pardee, Counsel for Defendant Nicole Burdett
Jason Williams and Nicole Burdett, Defendants

Jury deliberations resumed at 8:30 a.m.
Question 1 of the jury addressed by the Court.
Jury deliberations recessed at 4:30 p.m. to resume on Thursday, July 28, 2022, at 8:30 a.m.